# Faculty Handbook



Exhibit A

Revised: February 21, 2023

Averett University
Danville, VA

Approved by Academic Council 2/21/23

Table of Contents

1.0. INTRODUCTION ................................................................................................................. 7
   1.1. Statement of Purpose ........................................................................................................ 7
      1.1.1   Averett University Employee Handbook ............................................................... 7
   1.2. Mission, Vision, and Core Values of Averett University ................................................. 7
2.0. ORGANIZATION OF AVERETT UNIVERSITY .................................................................. 8
   2.1. Board of Trustees ............................................................................................................. 8
   2.2   The President, Faculty, and Administrative Officers ........................................................ 8
   2.3   Academic Departments and Divisions .............................................................................. 9
3.0. SHARED GOVERNANCE .................................................................................................. 9
   3.1. General Statement on Governance and Faculty Involvement at Averett University .......... 9
      3.1.1   The Role of Divisions and Committees in Governance ....................................... 10
   3.2. Faculty Handbook ............................................................................................................ 10
   3.3   Standing Committees of the University ........................................................................... 10
      3.3.1 Committees and Shared Governance ....................................................................... 10
      3.3.2 Standing Committees of the Faculty ........................................................................ 10
      3.3.3 Programmatic Committees ...................................................................................... 14
      3.3.4 Presidential Committees .......................................................................................... 15
   3.4   Faculty Meetings .............................................................................................................. 20
      3.4.1. Types of Faculty Meetings ..................................................................................... 20
      3.4.2. Voting Membership at Faculty Business Meetings ................................................ 21
      3.4.3. Standing Rules for Conduct of Faculty Business Meetings ................................... 21
4.0. FACULTY COMPOSITION AND RESPONSIBILITIES .................................................. 21
   4.1   Qualities of University Faculty ........................................................................................ 21
   4.2   Primary Academic Responsibilities of the Faculty ......................................................... 22
      4.2.1   Teaching ............................................................................................................. 22
      4.2.2   Student Advising/Mentoring .............................................................................. 22
      4.2.3   Service to the University and Community ........................................................ 22
      4.2.4   Scholarly Activities ............................................................................................ 22
      4.2.5   Assessment ......................................................................................................... 22
      4.2.6   Participation in the Work of Academic Departments and Divisions ................. 22
      4.2.7   Supplemental Requirements for Particular Fields .............................................. 22

5.1   Criteria for Evaluation of Faculty .................................................................................. 33
5.2   Annual Faculty Reviews ................................................................................................. 33
   *5.2.1 Non-Tenure Track Faculty* ........................................................................................ 33
   *5.2.2 Tenure Track Faculty* ............................................................................................... 34
   *5.2.3 Tenured Faculty* ....................................................................................................... 34
   *5.2.4 Course Teaching Evaluations* ................................................................................... 34
   *5.2.5 Evaluation of Department Chairs and Division Chairs* ........................................... 34
5.3   Definition and Purpose of Tenure .................................................................................. 35
5.4   Authority for the Assignment or Termination of Tenure ............................................... 35
   *5.4.1 Awarding of Tenure* .................................................................................................. 35
   *5.4.2 Termination of Tenure* .............................................................................................. 35
5.5   Pre-Tenure and Tenure Review ...................................................................................... 35
   *5.5.1 Eligibility and Timeline for Review* ........................................................................... 35
   *5.5.2 Tenure-Track Period* ................................................................................................. 35
   *5.5.3 Timeline for Pre-Tenure Review (years 1-5)* ............................................................. 36
   *5.5.4 Tenure Review (Year 6)* ............................................................................................. 36
   *5.5.5 Policy on Transition for Tenure-Track Faculty* ......................................................... 36
5.6   Pre-Tenure and Tenure Review Files ............................................................................. 36
   *5.6.1 Pre-Tenure Review Files (Years 1-5)* ........................................................................ 36
   *5.6.2 Tenure Review Files (Year 6)* .................................................................................... 37
   *5.6.3 Deliberations of the Faculty Affairs and Tenure Committee* .................................... 37
5.7   Pre-Tenure and Tenure Decisions .................................................................................. 37
   *5.7.1 Final Decision Process* ............................................................................................. 37
   *5.7.2 Appeal of Tenure Decisions* ...................................................................................... 37
5.8   Post-Tenure Review ........................................................................................................ 38
   *5.8.1 Purpose* ..................................................................................................................... 38
   *5.8.2 Process and Procedure* ............................................................................................. 38
   *5.8.3 Goals* ......................................................................................................................... 38
   *5.8.4 Findings of the Post-Tenure Review* ......................................................................... 38
5.9   Faculty Rank Promotion ................................................................................................. 39
   *5.9.1 Purpose of Rank Promotion* ...................................................................................... 39
   *5.9.2 Criteria for Evaluation for Promotion* ...................................................................... 39

decision either to make an offer to one of the finalists, ask the committee to submit more names for on-campus interviews, or postpone the search. If an offer is made to a candidate, that will be done by the Vice President for Academic Affairs, who will be responsible for making the offer and for any negotiating, especially concerning rank and credit towards tenure consistent with sections 4.7 and 5.5. For persons tenured with teaching experience at an accredited college or university, the Averett pre-tenure period may be negotiated to as few as four years.

### 4.8.3 Recruitment of Adjunct Faculty

Adjunct faculty must meet all of the same criteria as full time faculty for teaching the courses to which they are assigned. The Vice President for Academic Affairs will acquire and maintain all transcripts and supporting documentation with the assistance of the HR Office. The recruitment decision is initiated by the department chair, in consultation with appropriate faculty, and then approved by the Vice President for Academic Affairs.

All adjunct and part-time teaching loads are limited to no more than nine credit hours per semester, and six credit hours in summer sessions.

## 4.9   Faculty Contracts

### 4.9.1 Contractual Responsibilities

The signed acceptance of a full-time, annual teaching contract at Averett University implies adherence to both the Averett University Employee Handbook and Faculty Handbook, and commitment to the following basic duties and responsibilities of all members of the faculty:

    Full-time service to the University for generally nine months (the Monday of the school kickoff/faculty workshop in August to the Friday after graduation in May), although faculty are strongly encouraged throughout the year to stay connected to the University through checking email at least weekly, reading Coffee Break and Cougar Connect, and keeping the department chair advised if one is travelling. In addition, advisees and graduates may be in contact for recommendations and other assistance. There also may be need for some consultation by a faculty chair, division chair, or other administrator;

    Teaching 24 semester hours or their equivalent (not including independent study);

    Coordinating the mentoring, academic development, and course of study for formally assigned student advisees;

    Attendance at Averett University faculty meetings, convocations, faculty workshops and graduations; permission to miss any of these events may be granted by the Vice President for Academic Affairs for significant reasons. Faculty are strongly encouraged to attend athletic, cultural, and other co-curricular events in a manner that demonstrates interest and support of student activities;

    Availability to colleagues and students during adequate, regularly-scheduled office hours;
Faculty will be paid in 12-month framework (Faculty with nine-month contracts may elect to be paid in a nine-month framework).

### 4.9.2 Contracts

Employment of all faculty members shall be by formal written contract, signed by the President or his or her designee of the University and the individual faculty member. Two copies are to be executed, one for the faculty member and the other to be returned to the President or his or her designee by the date specified on the contract.

Text message and email communication
between Chapman, Averett HR, Dr Cline, Dr Beach, and other coworkers