

Exhibit B

11:20 89%

Dr Cline (Averret Univers...

Tuesday, May 14 • 12:30 PM

Please let me know if you need assistance with online courses that need an instructor...... 😶 I would gladly take them

I know. Don't worry probably won't be too long

Ok 😕

I really need health insurance so if there is the opportunity for that full time online please please please dont pass me by. Promise to make you proud

The only full-time averett has are the lead positions. Orbis may have something

And they require in person right. I will be living out past Yorktown probably by the end of the year

Just makes trave[...] onsite more than

RCS message

Exhibit B1

11:21 89%

Dr Cline (Averret Univers...

Thursday, May 16 • 8:56 AM

Keep this on the downlow. May have 329 and 330 starting for next term 8 weeks each course. Global health and evidence based practice. Not a word...

Evidence based practice is my thing!!! Global health.... I will make it my thing 😂

I would love that. If that occurs I will drop the Richmond gig so I can focus solely on Averett.
Thank you so much 🤗

Ok, not one single word!

Exhibit B2

11:23 89%

Dr Cline (Averret Univers...

Saturday, Jun 1 • 6:52 PM

Is it true Dawn Ling quit?

If they have it, please please please let me get that full-time online. Maybe they can create a full-time just for little ole me 😥 $75,000 salary, and I will be a happy & reliable educator:
NUR213 3credits
NUR239 3 credits
NUR230 3 credits
NUR211A&B 2 credits

Just keep me in the back of your mind ma'am!

Dr Cline did not respond to this message or my message on June 2.

Exhibit B3

11:23 88%

Dr Cline (Averret Univers...

Tuesday, Jun 11 • 9:36 AM

Just wanted to let you know I have not been feeling my best. This time yesterday I was leaving the ER (palpitations, mild chest pain that has been going on for a few days, and intermittent shortness of breath mixed with a tad bit of depression) labs, ekg, vitals, chest xray, ddimer, covid swab all normal. I was referred to a cardiologist, which is why I haven't really picked any additional work up. This has been going on for a while which is why I am still seeking full-time online work.
Please let me know for sure if you think you will need me for:
213
330
329

+ possibly 211
So I can stop my search. Just looking for something with a little less physical exertion. At clinic[...]. About to go give some meds. Tty[...]

RCS message

Exhibit B4 →








Kaleigh (Averret)

Friday, Jun 21 • 7:17 AM

Good morning! I just picked up the didactic part of NUR211 for the fall and I was wondering if you have any zooms or test reviews coming up that you wouldn't mind me joining? The fall will be my first didactic teaching experience so I'm trying to gather some tips. Thanks!

To be honest I do not. And the students don't even come to the reviews 🤦‍♀️

I create powerpoints covering the material in the module and what they may see on a test and I record like little asynchronous lectures that they can view at any time within that module

For the test review. The come a few days after the test they look at the questions they got wrong and ask me questions. I have only had 2 student total show up once for exam 1 and we are on exam 4

Record announcement videos weekly

1:41 78%

Kaleigh (Averret)

they got wrong and ask me questions. I have only had 2 student total show up once for exam 1 and we are on exam 4

Record announcement videos weekly (reviewing the week and closing the week) to make them feel engaged and enhance instructor presence

Create games to help with memory like Kahoot!

Oh interesting. Okay that's great advice! Thank you so much, I will definitely keep those things in mind. I appreciate the mentoring so much!

Perhaps reach out to Dr Carter the course lead for 211 because I don't know anything about that course

Oh good idea, will do!

Text message

1:41 77%

Kaleigh (Averret)

Friday, Jun 21 • 10:29 AM

Quick question between you and me. Did Dr Cline as you to teach 330 also?

*ask
I asked her if I could teach 211, 329, & 330. She originally asked me and then gave it to Dawn Ling. Then Dawn Ling quit.

I completely understand you having 211 as you should because you teach the lab part! That makes total sense and I think that will really help the students

And you are FULL TIME so you have to get those hours

Loved "I completely understand you having 211 as you shou..."

She said it was availa... that was all. I'd

Text message

1:41 77%

Kaleigh (Averret)

She said it was available that was all. I'd told her I'd be interested in getting more diverse experience but idk where that fell in the larger timeline of events

Thank you for the transparency

This is why I have not been present at labs. I have been dealing with exertional dyspnea and I need a cardiologist but I do not have insurance or money right now

Today....from you.... is the first time I am hearing that I am not teaching 211.

No worries! I completely understand. That must be i credibly stressful! I'm sorry to hear you're going through that. Dr cline just asked me for my final answer yesterday on if i wanted to take a course or not. I'd been waiting to see if id have more full time in the lab or not because i didnt want to overcommit myself

Text message

~~KAILEIGH DOES NOT HAVE A MASTERS IN NURSING REQUIRED TO TEACH THE ONLINE COURSES I REQUESTED.~~ Sc She does have a masters!

B7