

**Kathy Cline**
To: Shelby Mosos; Felicia Pendleton; +8 others
Tue 6/11/2024 11:49 AM

All,

I am asking you as a group of professors, if you will teach in the fall. This would be for the same classes you have had this term except for Dr. Pendleton, who is giving up one class. Please don't discuss with others until all contracts have been signed and returned.

Just email me that you will or won't by Friday 6/14/24 by noon. Thank you.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

_____
**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502

---

**Sharlene Chapman**
To: Kathy Cline
Tue 6/11/2024 1:41 PM

🚩 Flagged

ⓘ You forwarded this message on Sun 7/28/2024 7:29 AM

Yes, I would like to teach for the fall
I would like to keep NUR213 as it brings me joy and I would love to pick up
330
329
&
211
If possible
😁
Please 🙏



**Kathy Cline**
To: Sharlene Chapman
Fri 6/21/2024 8:39 AM

Sharlene,

Do you still want NUR329?

Dr. Kathy Cline, DNP, RN
Associate Dean

---

AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

---

**Sharlene Chapman**
To: Kathy Cline
Fri 6/21/2024 10:04 AM

I would absolutely love that and will greatly appreciate it.

Did someone already agree to 330?
I know Kaleigh is doing 211

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty

AVERETT UNIVERSITY ABSN PROGRAM

sharlene.chapman@averett.edu

---

**Kathy Cline**
To: Sharlene Chapman
Fri 6/21/2024 11:51 AM

Sharlene,

Thank you. I had promised Dr. Lott a course and I think she wanted 330 but if she wants 329 I will give that to her and you can take 330. Wait for her to make up her mind. Yes Kaleigh needed a course to get her started with didactic. If Dr. Lott has changed her mind, you would want both 329 and 330?
Have you been updated by Dee about Lynn? No one here knows anything.

Dr. Kathy Cline, DNP, RN
Associate Dean

---

AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

---

Why do I have to wait for Dr Lott to pick
After I just said I want 329? Dr Lott & Kaleigh both already
Have full time work with averett. I only had 1 online course. Courses are $4,500/16wks and I had no other work and my health was hindering me from picking up another fulltime that would require me to teach in the hospital bedside setting



 **Sharlene Chapman**
To: Kathy Cline
Fri 6/21/2024 11:54 AM

I wanted 329 and 330 but it is OK if she wants them. I really need the money but I am sure she does too.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

 **Sharlene Chapman**
To: Sharlene Chapman
Fri 6/21/2024 12:04 PM

I would prefer to stay where I am. I know everyone there, I know canvas, and I know who to reach out to for resources, but I have to pick up some more online work.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

 **Sharlene Chapman**
To: Kathy Cline
Fri 6/21/2024 12:01 PM

I have someone who has been waiting to hear back from me about employeement. I told them I was waiting to see if I can pick up at lease 2 more courses first. It is okay. You have to do what you have to do. Is there a major reason why I can't have all 3 courses? I know Dr Salen has 3 as adjunct.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

**KC** **Kathy Cline**
To: Sharlene Chapman
Fri 6/21/2024 12:07 PM

It isn't that you can't, I just had people who were waiting for courses to come available. I never know when something may come up. Dr. Lott has been asking for awhile. It is not that I want her and not you. I would give you more if I had it. Patience-I can't afford to lose another instructor. If you have something else, just let me know. I do not want to hold you back.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860



**Kathy Cline**
To: Sharlene Chapman — Fri 6/21/2024 12:07 PM

It isn't that you can't, I just had people who were waiting for courses to come available. I never know when something may come up. Dr. Lott has been asking for awhile. It is not that I want her and not you. I would give you more if I had it. Patience-I can't afford to lose another instructor. If you have something else, just let me know. I do not want to hold you back.

Dr. Kathy Cline, DNP, RN
Associate Dean

AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

---

**Kathy Cline**
To: Sharlene Chapman — Fri 6/21/2024 3:48 PM

Okay Dr. Lott is taking 330 so you will take 329?

Dr. Kathy Cline, DNP, RN
Associate Dean

AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434) 791-5860

kcline@averett.edu
absn.averett.edu

AVERETT UNIVERSITY
SCHOOL OF NURSING
#nursegreatly

---

If she has people waiting why does everyone have to be quiet and why did she ask Kaleigh for her final answer on 6/20/24 but kept me waiting stressed out and ill.

*[handwritten: "C3 Part 3"]*