D1  Exhibit D

# SCHOOL OF NURSING
# FACULTY ANNUAL EVALUATION

2023-2024 Academic Year

Nursing Program: ABSN

Name of Faculty Member- Sharlene Chapman            Date  6/28/2024

| Faculty Basic Job Responsibilities | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| 1. Consistently meets class/clinical on time and for the required amount of contact hours<br>2. (I meet them on time and for the required amount of time online and in person: post weekly) |  |  |  |  | x |  |
| **NOTES: No issues have been reported.** |  |  |  |  |  |  |
| 3. Teaching is reflective of providing student academic support/activities<br>4. (I support my students by setting up meetings and phone calls with struggling students and I have created games and PowerPoints to support them) |  |  |  |  | x |  |
| **NOTES: No issues have been reported.** |  |  |  |  |  |  |
| 3. Communicates effectively with students, colleagues, and supervisors and utilizes appropriate channels/methods of communication with all members of the university community<br>(I use my Averett email, the canvas message button, and I have provided my person number because I do not have an office number) |  |  |  |  | x |  |
| **NOTES: Professor Chapman is responsive to students.** |  |  |  |  |  |  |
| 5. Performs assigned duties such as review of course material, requests from administration, performance evals, course reports, etc. as required<br>6. (I have requested multiple updates to the course throughout the semester including updating written instructions as well as editing test questions that had no correct answer or had multiple correct answers)<br>7. I have completed midterm and final evaluations for every course I have taught prior to this one. I was unaware of the "monthly evals" as it is not written anywhere, and I was not made aware of this. I also did not have access to Averett email until I was hired at Averett. |  |  |  | x |  |  |
| **NOTES: Professor Chapman has not submitted course reports and performance evaluations.** |  |  |  |  |  |  |
| 5. Follows university, division, and departmental policies/procedures<br>When have I not? |  |  |  |  | x |  |
| **NOTES: No report of issues.** |  |  |  |  |  |  |
| 6. Submits, posts, and keeps regular office hours<br>(My students know they can reach me at any time of the day or night by phone (text or call) email and I have done a few on the fly zooms) I hold virtual zoom meetings by appointment only as I am not onsite |  |  |  |  | x |  |
| **NOTES: No report of issues.** |  |  |  |  |  |  |

| Item | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 7. Submits grades and other academic forms consistently, correctly, and in a timely manner<br>(All of my grades have been posted either the day the assignment was due or the next day. My attendance is always on time) | | | | X | |
| **NOTES: grades and attendance** (What about my grades and attendance?) | | | | | |
| 8. Assist with Department special events as needed<br>9. Have not had the opportunity yet | | | | X | |
| **NOTES: remote** | | | | | |
| 10. Facilitates faculty assignments professionally.<br>11. Yes I do, please see comments above | | | | X | |
| **NOTES: No report of issues.** | | | | | |
| 10. Demonstrates civility to students<br>(I treat all my students with respect and in turn they respect me as well) | | | | X | |
| **NOTES: No report of issues.** | | | | | |
| 12. Exhibits collegiality/civility towards colleagues<br>(I treat everyone I work with with respect even the ones who aren't as respectful back) | | | | X | |
| **NOTES: No issues reported.** | | | | | |
| 13. Regularly attends division/department meetings<br>I do, as I have recently started getting the invites as I have an Averett email now | | | | X | |
| **NOTES: Professor Chapman does attend faculty meetings.** | | | | | |
| 14. Reviews Canvas shells and updates per policy.<br>(I have been reviewing canvas shell and updating all semester - even added Turnitin the plagiarism checker) Had Orbis update the calendar as well to have the correct due date for the EVA | | | | X | |
| **NOTES: No issues reported.** | | | | | |
| 15. Attends required education and updates compliance file annually.<br>This section, I can understand the 4 because I was hired in March and my monthly professional development was behind until July as I had never seen the "Averett University Professional Development Plan" I am now caught up a until 8/31/24. | | | | X | |
| **NOTES: Professor Chapman has submitted her revised resume and continuing education.** | | | | | |
| 15. Participates in scholarly activities (continuing education/presenter/research activities, certifications) I have completed a few Quality Matters (QM) courses and will have my Teaching Online Certificate (TOC) provided by QM by the end of the Fall 24. | | | | X | |
| **NOTES: No report of issues.** | | | | | |
| **Total Points out of 75**<br>What # is considered satisfactory?<br>How do we get a 5 in each section? | 59 | | | | |

| Grading Scale | Rating |
|---|---|
| Yes/Fulfills responsibilities in this area | 5 |
| Yes/Fulfills most responsibilities in this area with minor exceptions (what are these exceptions?) | 4 |
| Needs improvement/Fulfills some responsibilities in this area | 3 |
| No/Frequently does not fulfill responsibilities in this area | 2 |
| No/Rarely fulfills responsibilities in this area | 1 |
| No/Never fulfills responsibilities in this area | 0 |

Faculty member addressed feedback from students and/or colleagues:    _ x_ Yes    ___No
(i.e., from classroom observations, formative evaluations, and/or student surveys)

NUR213- **Professor Chapman** responds timely to students and others. She works well with the college. This is her first term as a didactic instructor and she has done very well so far. As a clinical instructor, she has been an asset and has gone above and beyond. I have taught many in person and online didactic courses for Bon Secours Memorial College of Nursing and ECPI, just my first time teaching online at Averett 😊

__Dr. K.Cline, Associate Dean_____        ___6/28/2024_____

Signature
Associate Dean Averett University ABSN Program                     Date

**COMMENTS:**
Please see my comments above. I do not feel comfortable signing this at the moment

_____                _____
Signature of Faculty                                                Date



**Kathy Cline**
To: Sharlene Chapman
Wed 7/3/2024 12:07 PM

You forwarded this message on Wed 7/31/2024 3:33 AM

📄 ABSN FACULTY EVAL-schapm...
32 KB

Professor Chapman,

Please read, comment if you like, sign, and date then return to me. If you have questions, please email.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

_____
**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860


kcline@averett.edu



Sharlene Chapman
To: Kathy Cline



Thu 7/4/2024 8:55 PM

Hello, I have some questions about my score for my yearly eval:

4 Consistently meets class/clinical on time and for the required amount of contact hours. (I meet them on time and for the required amount of time online and in person)

4 Teaching is reflective of providing student academic support/activities (I support my students by setting up meetings and phone calls with struggling students and I have created games and PowerPoints to support them)

4 Communicates effectively with students, colleagues, and supervisors and utilizes appropriate channels/methods of communication with all members of the university community (I use my Averett email, the canvas message button, and I have provided my person number because I do not have an office number)

3 Performs assigned duties such as review of course material, requests from administration, performance evals, course reports, etc. as required (I have requested multiple updates to the course throughout the semester including updating written instructions as well as editing test questions that had no correct answer or had multiple correct answers)

4 Follows university, division, and departmental policies/procedures ( I do 😊 )

4 Submits, posts, and keeps regular office hours ( my students know they can reach me at any time of the day or night by phone (text or call) email and I have done a few on the fly zooms)

4 Submits grades and other academic forms consistently, correctly, and in a timely manner (All of my grades have been posted either the day the assignment was due or the next day. My attendance is always on time)

4 Facilitates faculty assignments professionally. ( I believe I do this as well)

4 Demonstrates civility to students (I treat all my students

4 Demonstrates civility to students (I treat all my students with respect and in turn they respect me as well)

4 Exhibits collegiality/civility towards colleagues (I treat everyone I work with with respect even the ones who aren't as respectful back)

4 Regularly attends division/department meetings (Havn't missed any meetings that I was aware of)

4 Reviews Canvas shells and updates per policy ( have been reviewing canvas shell and updating all semester - even added Turnitin the plagiarism checker) Had Orbis update the calendar as well to have the correct due date for the EVA

Can you please provide me with examples so I can correct it in the future! I do not want a bad score that I didn't earn in my record.

Thanks!

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu



Kathy Cline
To: Sharlene Chapman
Fri 7/5/2024 6:16 AM

Sharlene,

I am required to do these so this one is for baseline. It is not bad, just leaves room for improvement. Please don't think this is bad.

…

Sharlene Chapman
To: Kathy Cline
Fri 7/5/2024 1:20 PM

You forwarded this message on Wed 7/31/2024 3:36 AM

I understand. I just don't understand where the improvement should be 🫤 I want to make sure I am doing things right so can you tell me how to get a 5?

*Sharlene A. Chapman MSN, RN, CCRN*



**Kathy Cline**
To: Sharlene Chapman
Sun 7/7/2024 9:39 AM

You forwarded this message on Wed 7/31/2024 3:35 AM

We can meet if you like, but I would just say keep doing what you are doing. As I said it is a baseline and not many evals have ever been perfect. I know I am not.

Dr. Kathy Cline, DNP, RN
Associate Dean

AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434) 791-5860

kcline@averett.edu
absn.averett.edu



**Sharlene Chapman**
To: Sharlene Chapman
Sun 7/7/2024 7:53 PM

Typo. Sorry.

Do you have time for a zoom some time this week?

*Sharlene A. Chapman* MSN, RN, CCRN
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

**Kathy Cline**
Sharlene, I have 200pm today available if t...
Tue 7/9/2024 7:34 AM

THE ZOOM MEETING IS ATTACHED TO MY EEOC FILE AS A MP4





July 26, 2024 text message. Kaleigh had gotten all 4's on her eval but I had gotten a 3 in the section where Dr Cline stated I got a 3 there because my monthly "course reports" were not turned in. I asked Kaleigh if she had ever seen the form and she said no... but unlike me she has a 4 for this section.

7/26/24 EEOC Inquiry # 437-2024-01942

July 27, 2024 6:35PM Dr Beach's second response back to my pictures and email above that I sent July 26 at 1:42pm was: "I appreciate your communication to me with these concerns. I am taking all of this under advisement and will be examining our evaluation processes. Thank you!" What about evaluating Dr Cline?????

## Statements of being treated indifferently submitted to EEOC.

(Better) Dr Sara Salen (White) was given all 4s on her yearly eval but she does not completed her grading and attendance on time. I was given 4s on my yearly eval in this same section but I do complete my grading and attendance on time.

(Better) Kaleigh Wilson MSN, RN (White) was given all 4s on her yearly evaluation. I was given a 3 for not turning in course reports that I was unaware of. Kaleigh has never seen the course report either but she got a 4 in this section.

(Better) I feel that I am more qualified to teach online than Kaleigh Wilson. I have taught online before unlike her and I have many certificates in online teaching. I also was experiencing a medical condition and I needed less physical exertion. I asked on multiple occasions between June 1, 2024 to June 21, 2024 for the NUR211 online course that became available after an instructor quit on June 1, 2024. On June 21, 2024 I found out that the course had been given to Kaleigh after she was asked for her final response on June 20, 2024.

(Better) Dr Lott (White) was given an online course NUR330 that I had been waiting for since May 16th. I had asked on many occasions if I can have the course as I needed something from home because I was having medical issues (shortness of breath with exertion, anxiety, and chest pain). Dr Cline said she had been promising her a course. Then why did you tell me that it may come available on May 16th and why

did you tell Kaleigh that NUR330 was available (see text message June 21, 2024). Then in an email I was asked if I still want NUR329. When I said yes, she stated she will ask Dr Lott which one she wants NUR329 or 330 and I can just have the one she doesn't want. Why do I have to get last pick or what is left?

(Same) Calise Greenaway (Black) 757-581-3009 (Clinical Coordinator) stated that Dr Cline would send her rudely addressed emails and when she spoke up and told Dr Cline to not address her like that Dr Cline stopped communicating with her. She stopped communicating important emails and meetings that were essential to her role. Calise also stated that Dr Cline would frequently try to get her to "get rid of" another black employee Patrice Sainville-Thompson. She also heard Dr Cline make remarks about an African student about how he needs to learn English and why do they keep coming over here to get an education.

(Same) Veronica Zeigler (Latina) 757-938-4180 employee was harassed to the point that she had to take leave to have her medications adjusted. We are unsure if she is coming back. A complaint was also made by Dr Cline stating that the employee had a "durag" on her head when she in fact had a large headband on. Dr Cline has also stated to this employee to try to get rid of Patrice Sainville-Thompson.

There are others who do not want to be named but stated they will tell their reports that they filed if they are asked because they are still afraid of retaliation. I would say speak to all minority employees in the ABSN online program.

(Same ) Keep Confidential Dr Chawndel Edmonds (black) who has a disabled child at home was made to come to work on site when she has an online position but when they hired Dr Carter (white) for the same role she was allowed to stay home and attend ceremonies via zoom. When she reached out to Dr. Beach about the discrepancy she was told she didn't know that assignments had to be "equal" The "equal statement" is also something Dr Cline stated to me in the zoom meeting that she would have given me "more points but it had to be equal". Dr Chawndel Edmonds also reported the matter to HR (Kathie Tune) who swept it under the rug.

July 29, 2024 Contracts sent out with me having NUR213 & NUR329

July 30, 2024 No responses from HR or Dr Beach.

- July 31, 2024 Emailed HR again (Hadn't heard anything from them) gave more specifics as to how whites got higher eval scores and how Dr Beach is disregarding the situation. Also mentioned has this employee also has other complaints @ HR not addressed. Stated how Dr Beach suggested to delete the record. Expresses how one stated African ~~American~~ students keep coming to get an education & need to learn how to speak English.

- Kaleigh Wilson: Doesn't have a Masters Degree please verify National Clearing House.

76 Nynts

Case 4:24-cv-00129-JKW-RJK Document 1-4 Filed 11/06/24 Page 10 of 11 PageID# 37



| Grading Scale | Rating |
|---|---|
| Yes/Fulfills responsibilities in this area | 5 |
| Yes/Fulfills most responsibilities in this area with minor exceptions (what are these | 4 |

| exceptions?) | |
|---|---|
| Needs improvement/Fulfills some responsibilities in this area | 3 |
| No/Frequently does not fulfill responsibilities in this area | 2 |
| No/Rarely fulfills responsibilities in this area | 1 |
| No/Never fulfills responsibilities in this area | 0 |

Faculty member addressed feedback from students and/or colleagues: __x_ Yes ___No
(i.e., from classroom observations, formative evaluations, and/or student surveys)

ABSN FACULTY EVAL-schapman202...    Accessibility Mode    Print    Find

| exceptions?) | |
|---|---|
| Needs improvement/Fulfills some responsibilities in this area | 3 |
| No/Frequently does not fulfill responsibilities in this area | 2 |
| No/Rarely fulfills responsibilities in this area | 1 |
| No/Never fulfills responsibilities in this area | 0 |

Faculty member addressed feedback from students and/or colleagues: __x_ Yes ___No
(i.e., from classroom observations, formative evaluations, and/or student surveys)

NUR213- Professor Chapman responds timely to students and others. She works well with the college. This is her first term as a didactic instructor and she has done very well so far. As a clinical instructor, she has been an asset and has gone above and beyond. I have taught many in person and online didactic courses for Bon Secours Memorial College of Nursing and ECPI, just my first time teaching online at Averett 😊

__Dr. K.Cline, Associate Dean_____    ___6/28/2024_____

Signature                                                                  Date
Associate Dean Averett University ABSN Program

**COMMENTS:**
Please see my comments above. I do not feel comfortable signing this at the moment

10