*Email from Caseworker to HR*

*Exhibit E*

# Fwd: Concern

From: Chawndel Edmonds (cedmonds@averett.edu)
To: Sharleneachapman@yahoo.com
Date: Friday, July 26, 2024 at 09:21 PM EDT

Get Outlook for iOS

**From:** Kathie Tune <ktune@Averett.edu>
**Sent:** Sunday, January 21, 2024 2:49 PM
**To:** Chawndel Edmonds <cedmonds@Averett.edu>
**Subject:** Re: Concern

Thank you for bringing to my attention, Dr. Edmonds. I am sharing with Ginger Henderson who has purview over all things academic. I'll ask her to meet with you as well. I'll discuss w Ginger in person tomorrow .

Kathie

**From:** Chawndel Edmonds <cedmonds@Averett.edu>
**Sent:** Sunday, January 21, 2024 10:53 AM
**To:** Kathie Tune <ktune@Averett.edu>
**Subject:** Concern

Goodmorning,
My name is Dr. Edmonds. I am reaching out due to an ongoing concern that has been weighing on me for a while. I am one of the didactic course leads for the ABSN program. I was hired by Dr. Beach in July of 2023 I believe it was. My requirements for onboarding consisted of me being on campus 2x a week to "learn the job". I complied. Dr. Cline, who is the Associate dean was not the easiest person to approach if I ever had something come up with my son, who has quadriplegia cerbral palsy, epilepsy, and white matter brain damage, of which she knows this. On August 28, 2023, I sent Dr. Cline an email making her aware that my son had to be fitted for his wheelchair stander and ankle braces at 11AM that day and that day was the ONLY day they could do it. She responded back to me stating "I understand. Thank you." Shortly following that email, she sent an additional email stating "will you be coming then on Thursday or Friday?" I responded back with "Goodmorning, Dr. Cline, I will be in on Friday", she responded back to with stating Dr. Edmonds, Just keep in mind that our agreement was for 2 days a week. I will be in Friday for a short time". When that statement was made to me, I then knew she had an issue with me having to make my sons appointment instead of coming in that day. I responded to her with "Dr. Cline, I am aware of that; however, my son has therapy today, tomorrow is his fitting for his disability devices, and Thursday is another doctor's appointment so Friday is the only day that I can come in this week, He also had a doctor appointment on Monday. I made you aware that this month was heavy with him due to his doctors' appointments all falling during this month. If this will be an issue, please let me know as unfortunately my situation with my son is a situation that I can't change and I'm managing it the best I can at this moment." She did not respond, and I ended up responding with "Dr. Cline, I am going to cancel his therapies today. I should be in the office no later than 10AM" out of fear of possibly losing my job being that I was in the onboarding process.

Now shortly after this occurred there was an opening for another lead didactic position. Dr Cline expressed that she really wanted an instructor that resided in Florida to have the position. She expressed to me that it was not necessary for her to come to campus for her onboarding, that they could just meet via zoom weekly. She also had expressed at that time how it would not be necessary for her to come to resource day and that I could just attend them. Now, for this position, which is hybrid, requires me to attend pinning ceremonies (3), resource day(3) and graduations ceremony(1). The roles and responsibilities were to be the exact same for both positions as I was later advised I no longer was required to come on campus 2x a week as they had revised the job requirements to accommodate the other candidate. I then spoke with Dr. Beach regarding my concerns on what I was hearing regarding the plans for physical requirements between us two from Dr. Cline. Eventually, me and Dr. Cline had a disagreement about it as I my son got ill in September. During that disagreement she admitted that me having to take my son to his appointment for his wheelchair was an issue because we had an agreement, which was the schedule. I apologized for role in the disagreement because I am fearful of retaliation and I need my job and benefits for my son. Which is why I also told her I will just attend all of the resource days so the other lead wont have to. I am trying to be flexible and work as a team but she continues to poke and poke. I just want peace and to do my work.
That is the back story, now, the new lead has been hired and shes amazing, we get along great but the issue is how I am being treated from Dr. Cline. She is not required to come to all resource days because its too much, shes not required to come to the campus for the site visit but I am. When I ask Dr. Cline she gets very defensive and makes it seem as if I am being insubordinate. She stated today that I am giving her "push back" Here is todays conversation with Dr. Beach cc'd: "Goodmorning,
I wanted to know, is there anything that myself and Dr. Carter should know in preparation for the site visit in case they would like to speak with us? Dr. Beach did respond stating "Dr. Edmonds, I will defer to Dr. Cline since she attended the Board meetings related to the visit. She is best informed to answer your question.' Dr. Cline then responded

"Dr. Edmonds,
I think you will need to be there for the day and a half of the visit.  Dr. Carter needs to be available for zoom at any time during the visit.  They are closed mouth about what they will ask but the list says what they want to know about and the regulations.  I will need for you to navigate with them through canvas and PC Self serve while they are here.
I then responded asking her why am I only required.
"Dr. Cline,
Would you mind explaining why I am the only one required to be physically present? I am in no way intending to be confrontational here but are our roles not the same?
"My reason for asking is because I noticed this exact thing happened for resource day, the other lead was not required to attend but I was. Which after, I said i'd just do all the resource days if that'll be easier for everyone, but I would just like to know if I am missing something or if the expectations of me are different. Her response"I completely understand.  I said that I thought you needed to be there.  I didn't say you were required.  If when I ask for something from you I always get push back, I will not ask again.  That is all that needs to be said.  Just be available both days for zoom.  Thank you.
I responded "Dr. Cline,
We have numerous emails amongst the two of us and none of them have me giving you "push back". I have done literally everything you have asked me to do. So, I am sure what narrative you are trying to portray of me. I just simply asked a question that I guess rubbed you wrong for whatever reason.  So, with that being said, I think the best thing to do right now is to nip this in the bud, because I simple had no idea of this "push back" I would like to request a meeting with you, me and Dr. Beach at the earliest convenience.

I even sent Dr. Beach a separate email requesting a meeting try to solve this issue as I do everything she ask me to. Recently, I transcribed multiple video meetings, sent a few to her and asked her if they were ok, she stated to just add the type of meeting and date, I did and I completed them only for her to tell me they were not useful. Can you imagine how that makes me feel. That took so much time.

"Dr. Cline, I wanted to show you a few of the transcribed meetings and see your thoughts. Did you want the to have timestamps etc?
"If not too much trouble, can you date and name the meetings?  Better for the Board members."
"Sure , when you say name them, do you mean like "meeting 10/31/2023"?"
"ABSN faculty, BSN faculty, spring advisory, student government"
"Okay the only issue with that is I don't know, which meetings are what because they are just dated mp4s , I can try to figure it out though "
"Thank you
"Your Welcome"


"Hi Dr. Cline,
Here are the transcribed audio recordings. The audio for 10/26 had nothing on it, it was only 5 seconds so their was nothing to transcribe there. Please let m know if I can do anything else with this or anything additional. I will begin working on the other project late today or tomorrow. Have an amazing day!


"Thank you so much!
"You are very welcome!!! 🙈 "
"It is nice but no dates, titles of the meetings, who was there, or a summary of the meeting.  I don't think it is that useful.  Someone will have to take notes at the meetings.  Thank you for doing that."
"When you gave me feedback the other day, my understanding was that you wanted me to provide the date of the meetings along with the name of the meetings. I do not recall anything being mentioned regarding who was in attendance, as I do agree we do need a note taker for meetings, also we would probably need to use teams for meetings as they can transcribe the meetings for us. If you would like to add who was in attendance, I believe it will allow editing where you can add it in the document. The dates and titles are indeed there, that information are the titles of each document. Sorry it wasn't what you was looking for. "
"Understood.  It is all good.  Thanks."
"Once I finish sending out these curriculum maps I am going to go back in and add who was in attendance and see about summaries. Is their anything you need?"
"No thank you.  I appreciate your work."


I apologize for the long email, but I want this situation rectified as I have NEVER had any issues at any of my workplaces. This causes loss of sleep, anxiety and stress for me. I don't speak up in fear of retaliation and losing my job especially now that she made the statement that I give her pushback and that is in no way true. I have not heard anything back regarding a meeting, but I can't go on working like this and feeling as if I am being treated unfairly and with no justification as to why and then attitude when I do speak up for myself. It is not wrong of me to want thing fair between both roles and that is how I am being made to feel. Yes, I understand she lives in Florida, however, there is not consideration for me being a single parent to a severely disabled child. I am required to go with no questions. If the schedule that we made was considered an agreement and it was so strong to the point where it created an issue where taking my son to get his required assistive devices was an issue, how is it that deviating from the schedule

for the other lead not an issue" I literally did nothing but sit in an office and did everything I did at home and that is what upset me the most.

**Dr. Chawndel Edmonds, DNP, RN, CMSRN, B-C**
Assistant Professor of Nursing-Didactic Course Lead



**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Cedmonds@averett.edu