



F1

F2

This is the same course report that I got a 3 for but Kaleigh (White) got a 4. Both of us were unaware of the report and this is my first time teaching this course and was only behind by 1 report because I had never seen it.

F

to F3





**Kaleigh (Averr...**

Students continuing on SSPP:

Students removed from SSPP:

Summary of any problems (attendance, class,

Students continuing on SSPP:

Students removed from SSPP:

Summary of any problems (attendance, class, clinical, behavior, etc.): .

Please share below how you have utilized the additional development options available to AUSON faculty to assist with teaching, lifelong learning and professional development.

Examples of these options include, but are not limited to:
Nurse Tim  ATI  Virtual simulation
NLN  Board Vitals

> Hey Kaleigh, what do I with this

> Sorry correction what do I do with this?

Huh. Tbh this is the first I've ever seen that. So i don't know either

(F3)

**Sharlene Chapman**
To: Kathy Cline
Tue 7/9/2024 7:27 PM

On the eval, #4 it says "professor chapman has not submitted course reports and performance" can you please send me a copy of what this looks like or where it is located. Just to make sure I am completed the right one!

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

**Kathy Cline**
To: Sharlene Chapman
Wed 7/10/2024 8:59 AM

You forwarded this message on Wed 7/31/2024 3:38 AM

📄 AUSON Course Report Form ...
17 KB

Show all 3 attachments (55 KB)   Save all to OneDrive - averett.edu

⬇ Download all

Let me know if you need further information.

Dr. Kathy Cline, DNP, RN
Associate Dean

AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5960

F4

 **Sharlene Chapman**
To: Kathy Cline
Wed 7/10/2024 5:46 PM

Thank you, never seen this a day in my life.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

 **Sharlene Chapman**
To: Kathy Cline
Wed 7/10/2024 6:02 PM

Where do I locate these forms? 🫢
They are due at the end of the semester right? Since this is my first

---

 **Sharlene Chapman**
To: Kathy Cline
Wed 7/10/2024 6:02 PM

Where do I locate these forms? 🫢
They are due at the end of the semester right? Since this is my first online course teaching online here can I have a 4 for that section since I never had any course report due (outside of clinicals which I completed)

Also! How do I review the quizzes for NUR329?

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume



 **Kathy Cline**     

To: Sharlene Chapman                                   Thu 7/11/2024 9:58 AM

You forwarded this message on Wed 7/31/2024 3:40 AM

I cannot find a repository that has the forms. So keep what I sent. Performance evals for didactic are at the end of the term. <u>We are not changing any evaluations.</u> Course reports are monthly to me. The quizzes are embedded it looks like so you may have to wait until 2 weeks before the course starts.

Dr. Kathy Cline, DNP, RN
Associate Dean

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

kcline@averett.edu
absn.averett.edu

...



