

 Sharlene Chapman       
To: Teresa Beach                                      Thu 7/25/2024 9:39 AM

You forwarded this message on Thu 7/25/2024 1:30 PM

Hello Dr. Beach,

If and when you have time, I would love to set up a confidential meeting with just me and you. I have a few other adjuncts who want to speak up as well but they fear retaliation so they will not be at the meeting. Please let me know if you will consider it.

Thank you so much

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM

 Sharlene Chapman       
To: Teresa Beach                                     Thu 7/25/2024 10:14 AM

You forwarded this message on Wed 7/31/2024 3:47 AM

Yes, the person is already aware

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

Teresa Beach         
To: Sharlene Chapman                                  Thu 7/25/2024 10:06 AM

Sharlene,

If this is about another person, the process is to discuss the issues with that person. When you say there is fear of retaliation it doesn't change the fact that a person cannot know there are issues if no one has discussed them with them. If the person has already been made aware and has been communicated with, then I will be glad to meet to discuss.

 Teresa Beach        
To: Sharlene Chapman                                 Thu 7/25/2024 11:04 AM

Do you think 30 minute zoom would be sufficient time to discuss?

Teresa



*Dr. Teresa Beach, EdD, MSN, RN*
*Professor & Dean Averett University School of Nursing*
*512 Bridge St, Danville, VA 24541*
*O: 434-791-4770 | F: 434-791-2303*



...



(G1 continued →)



Teresa Beach

To: Sharlene Chapman

   

Thu 7/25/2024 11:10 AM

## Can you me at 1115 or 1130 today?



*Dr. Teresa Beach, EdD, MSN, RN*
*Professor & Dean Averett University School*
*of Nursing*
*512 Bridge St, Danville, VA 24541*
*O: 434-791-4770 | F: 434-791-2303*





...



Teresa Beach

To: Sharlene Chapman

   

Thu 7/25/2024 11:13 AM

You forwarded this message on Wed 7/31/2024 3:48 AM

## How about 11-1130am tomorrow?



*Dr. Teresa Beach, EdD, MSN, RN*
*Professor & Dean Averett University School*
*of Nursing*
*512 Bridge St, Danville, VA 24541*
*O: 434-791-4770 | F: 434-791-2303*





---

Sharlene Chapman

To: Teresa Beach

   

Thu 7/25/2024 11:12 AM

Are you available at all tomorrow? I have 2 zooms meetings set up for today and I don't know how long they will run.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

Sharlene Chapman

To: Teresa Beach

 

Thu 7/25/2024 1:32 PM

You forwarded this message on Thu 7/25/2024 1:38 PM

Dr. Beach,

For the sake of your time and my own I can just email you, I just truly wanted it to remain confidential until I decide if I would like to escalate the situation. Some other instructors as well as myself have all received the same 4s for our yearly eval but we have not been given an answer as to why we received these 4s or how we can obtain 5s for the following year. A 4 states that "the employee fulfills most responsibilities in this area with *minor exceptions*". However, we are not given an example of what these minor exceptions are. Also, it was brought to my attention that I got the same 4 for attendance and grades that someone else got who never completes grades and attendance on time. My attendance has never been late, my test grades are posted within the same day if not the next, and my grades are posted within the same day if not the next day after the due date. I also received a 3 in an area about

continued

the next day after the due date. I also received a 3 in an area about an evaluation that I didn't know anything about. It is not written anywhere for me to turn in this evaluation, and I was never given the information. My other midterm and final evaluations are complete and in canvas.

I have attached my evaluation with my comments that I have also shared with Dr. Cline. She stated the reason she didn't give 5s is simply because she doesn't give 5's. Even after sharing my concerns, she stated that she will not change the evaluation even though I have proof that I met the criteria. She stated that no one will see them but her and can't tell me what number is considered satisfactory out of 75. She stated she gave all 4s (even though I unlike others) have a 3 so it can be "equal" however we all did not work "equal". She stated this is just a baseline and not to worry about it. This is an important part of my employee file and could keep me from advancing in the future or could be used to determine if I am able to take more courses and I want it to be accurate. If the doctor stated for me to get a baseline Aptt before starting a heparin drip or a baseline number of twitches before starting a paralytic, I wouldn't just go and write any number down. Other instructors are afraid to speak up due to fear of retaliation.

starting a heparin drip or a baseline number of twitches before starting a paralytic, I wouldn't just go and write any number down. Other instructors are afraid to speak up due to fear of retaliation.

Also, in the Faculty Handbook section 5.0 on page 33 it doesn't appear that this is the way that yearly evals are to be conducted. Also, is this the document that we are still using that defines our roles? Responsibilities of Online Instructors, Lead Faculty, and ABSN Program Director. I do understand if you all have chosen to just not use these documents. I may just not be aware. I do hate to disturb you with this.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

is guilty of academic misconduct, the Vice President for Academic Affairs will determine and impose appropriate penalties.
5.  If an unfounded charge of academic misconduct is brought against a faculty member by a member of the University, the accuser should be subject to discipline imposed by the Vice President for Academic Affairs or the president.
6.  Appeal of this process will be made to the president of the University.

### 4.10.3 Recognition of Student Rights

Whereas it is the responsibility of faculty to hold students accountable for the quality and integrity of their academic performance, members of the faculty are equally obligated to respect the rights and freedoms of students in their academic work. The University expects all members of the faculty:

1.  to respect the student right to free expression of ideas that are made in a context of mutual respect;
2.  to establish classroom procedures that protect students against prejudiced or capricious academic evaluation; and
3.  to guard against the improper disclosure of confidential information.

The University expects that all members of the faculty will respect the right of students to plan their work by providing ample advance notice of all major evaluative exercises. The University also expects that faculty will provide the student with timely and accurate feedback on their academic performance. For further information about student responsibilities and rights, see the Averett University Student Handbook.

## 4.11   Faculty Retirement

For the purposes of planning, it is ideal that faculty inform the University of a pending retirement at least six months prior to the retirement date.

# 5.0   FACULTY EVALUATION, TENURE, AND PROMOTION

## 5.1   Criteria for Evaluation of Faculty

The criteria for evaluation of faculty for annual reviews, pre-tenure, tenure review, and promotion in rank review are the qualities of Averett University faculty and primary academic responsibilities of faculty in sections 4.1 and 4.2.

## 5.2   Annual Faculty Reviews

### 5.2.1 Non-Tenure Track Faculty

All full-time, non-tenure track faculty members will normally be evaluated each academic year in the Spring. Evaluation will consist of the following items:

- Observation of one class by a colleague of choice who will write up his or her findings and submit to the faculty member and the department chair to be included in the faculty member's self-assessment and chair assessment. Not to exceed one page.
- Written self-evaluation by the faculty member that consists of a thoughtful and critical

33

reflection of how the faculty measures up to the values and responsibilities of Averett Faculty (4.1 and 4.2), reflection on teaching evaluations, and goals for improvement. The self-evaluation is not to exceed three pages.

- Department chair written assessment of faculty member that includes a review of teaching evaluations of the previous two semesters and one teaching observation.
- These materials are to be submitted by the department chair to the Vice President for Academic Affairs and division chair by one week after Spring graduation.

### 5.2.2 Tenure Track Faculty

All full-time tenure track faculty will complete the same evaluation as listed above (5.2.1) each year, and also submit the materials listed in section 5.6.1, Pre-Tenure Review Files each year, to his or her department chair. In Years 3 (4 if two years of credit toward tenure was received) and 6 the materials for that year and preceding years along with an evaluative letter from the division chair will be submitted to the Faculty Affairs and Tenure Committee, which will review the materials and submit their report to the Vice President for Academic Affairs. In order to earn tenure at Averett University, a candidate must be certified by the relevant department and division chairs as having incorporated specified "High Impact Practices," preferably a service learning course, in the candidate's teaching practice (The Faculty Affairs and Tenure Committee will provide candidates with an evaluation form to complete and include as part of the pre-tenure and tenure review files).

### 5.2.3 Tenured Faculty

Tenured faculty will alternate three-year post-tenure review cycles (overseen by the Faculty Affairs committee) with three-year self-evaluation cycles (oversee by department chair/Division chair). In the three years of the self-evaluation cycle all tenured faculty members will provide a self-assessment (not to exceed 4 pages) reflecting on teaching evaluations and contributions to the department and University to be discussed with their department chair: (this must be submitted to the department chair/division chair by September 1st for the previous year self-assessment).The department chair will submit this self-assessment along with a form affirming agreement or listing disagreements to the division chair, who will add his or her observations on the same form and submit a copy to the faculty member and the Vice President for Academic Affairs. In the third year of the self-evaluation cycle, tenured faculty are to also complete a cumulative self-evaluation for the three year period (not to exceed 8 pages) and include an observation of teaching by a colleague of choice along with an observation by the department chair. For post-tenure review, see section 5.8.

### 5.2.4 Course Teaching Evaluations

All courses taught at Averett University will be evaluated by students through course teaching evaluations administered by the Office of Institutional Research and Effectiveness. Summaries of these course teaching evaluations will be made available to the faculty member, department chairs, Averett Online program directors, and the Office of the Vice President for Academic Affairs.

### 5.2.5 Evaluation of Department Chairs and Division Chairs

Department chairs, deans, and division chairs will follow the same evaluation procedures listed above, with additional attention given to their management. Department chairs will be evaluated by their division chair, and division chairs will be evaluated by the Vice President for Academic Affairs. This principle will also apply to all other evaluations and reviews (Rank Promotions, section 5.9; and Post-Tenure Review, section 5.8).



**Teresa Beach**

     ...

To: Sharlene Chapman

Thu 7/25/2024 5:02 PM

Do you still want to zoom tomorrow?

Teresa
Sent from my iPhone

> On Jul 25, 2024, at 1:32 PM, Sharlene Chapman
> <Sharlene.Chapman@averett.edu> wrote:



**Sharlene Chapman**

     ...

To: Kathie Tune

Thu 7/25/2024 11:18 AM

Hello,

I am inquiring about how I can get in contact with human resources as an adjunct Averett online instructor.

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

To: Sharlene Chapman

Thu 7/25/2024 7:09 PM



You forwarded this message on Fri 7/26/2024 6:37 PM

Ok
Sent from my iPhone

> On Jul 25, 2024, at 5:18 PM, Sharlene Chapman
> <Sharlene.Chapman@averett.edu> wrote:

> I would prefer email communication

> *Sharlene A. Chapman MSN, RN, CCRN*
> Adjunct Nursing Faculty
> AVERETT UNIVERSITY ABSN PROGRAM
> sharlene.chapman@averett.edu
> sharleneachapman@yahoo.com
> 540-819-0729 (please text first)

**Sharlene Chapman**

  ...

To: Kathie Tune

Thu 7/25/2024 1:38 PM

 ABSN FACULTY EVAL-schapm...  ∨
35 KB

— My performance Eval

Exhibit D1

This is one of the documents that I sent to Dr Beach to review along with our current discussion. I will see what she says.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

Outlook

## RESPONSE TO SHARLENE CHAPMAN 7-26-24

**From** Teresa Beach <tbeach@Averett.edu>

**Date** Fri 7/26/2024 10:04 AM

**To**   Sharlene Chapman <Sharlene.Chapman@Averett.edu>

📎 1 attachments (21 KB)   *Attachment on Next page*
RESPONSE TO SHARLENE CHAPMAN 7-26-24.docx;

Good Morning Ms. Chapman!

Here is the email response to your concerns. Have a blessed day and a wonderful weekend!

*Dr. Beach*

G4

## RESPONSE TO SHARLENE CHAPMAN 7/26/24

Hello Ms. Chapman!

You had requested an email response to address your concerns related to your annual evaluation. I wanted to be sure I reviewed all aspects of the situations before responding. I examined the attachment that was included which was the Averett University Faculty Handbook along with your questions.

First, I want to provide you some background information related to this process. Part of the Associate Dean of the ABSN program's responsibilities is to complete annual evaluations of the faculty. The 2023-2024 academic year was the first time that Dr. Cline performed this process. I sent Dr. Cline the ABSN Didactic Faculty Job Description along with the actual ABSN evaluation document. Based on what you sent to me, Dr. Cline went to the AU Faculty Handbook and used the criteria from there to conduct the evaluation process. I will take responsibility for maybe my instructions to her were not as clear as I thought they were, and she followed the process she believed to be correct. This may explain why there were things on the evaluation that you were unaware of or stated you had never seen. Also, you had just started in the didactic position in May 23, so an evaluation of the 23-24 academic year was not indicated.

In light of this, I believe the most appropriate action would be to disregard this evaluation and just remove it, expunge it, and wait until the 24-25 academic year to complete one. Going forward, I will review the faculty evaluation process with Dr. Cline to be sure it aligns with the evaluation process across the nursing program. Please know, that I can have this discussion with Dr. Cline without having to discuss anything that has been shared from you. I know you had stated that there were other faculty that had the same concerns, but they would have to go through the same process you did...talking to Dr. Cline first and then reaching out to me. I do believe after I clarify the evaluation process with Dr. Cline, she may decide to redo the evaluations. I plan to tell her that you did not need one for this year, so she can just discard yours.

I appreciate you reaching out to me to let me know of this issue. I truly believe that it was a miscommunication that led to using the wrong resources to complete the process as well as it being Dr. Cline's "maiden voyage" in conducting the AU Faculty ABSN evaluations.

Please let me if I can be of any further service to you.


Respectfully,

*Dr. Teresa Beach, EdD, MSN, RN*



**Sharlene Chapman**

To: Teresa Beach

Fri 7/26/2024 1:36 PM

You forwarded this message on Fri 7/26/2024 1:42 PM

Hello Dr. Beach,

Thank you for your response back. My main concern was not necessarily the process of how an evaluation is conducted or whether it was required of Dr Cline to perform the evaluation. However, I do *not* see how this evaluation process aligns with the faculty handbook's (pg. 33-34) description of non-tenure track faculty which states that faculty members are evaluated in the Spring and the evaluation is conducted by a colleague of my choosing and a self-assessment (see image below).  Exhibit G3 Pg 33-34 Handbook

My main concern was that I brought up the topics within my evaluation that I have written in red below to Dr Cline via email and zoom conference meeting and she stated:

My main concern was that I brought up the topics within my evaluation that I have written in red below to Dr Cline via email and zoom conference meeting and she stated:

- "We are not changing any evaluations.  Course reports are monthly to me" (which no one ever gave me information on)
- "I am required to do these so this one is for baseline.  It is not bad, just leaves room for improvement.  Please don't think this is bad."
- Me: I understand. I just don't understand where the improvement should be 🫤 I want to make sure I am doing things right so can you tell me how to get a 5?
  Dr. Cline Sets up a zoom meeting to discuss. (I still don't know how to get a 5 or where the improvements are needed)
- I stated I am one of those students back in school that if I didn't get my 4.0 that I know I worked hard for I would want to know why I didn't get my 4.0 and how to get it and she stated "You're probably one of those students that I would just say deal with it"

G5

More

②  stated "You're probably one of those students that I would just say deal with it"

- Cline: "Did you do your evaluations from last term?" Me: Yes, when I was in clinicals I completed them on paper and uploaded them in the SUTNUR325 canvas shell. Please see the photo below where I completed those evaluations. Other than clinicals, I did not have any midterm or final evals due yet because this was my first didactic.
- She stated that she didn't say that I didn't meet the expectations (Then why do I have no 5s)
- Me: Say for instance you move to another job and my performance evaluation looks like this and the new person comes and thinks I am mediocre so I can't advance. Cline "and you want my job?"
  Me: Absolutely not.
- Dr Cline: "No one is going to see the evaluation but me"
- "I think you are wonderful and excellent because a 4 is the top number and you got the highest score" (which is not true)
- "You wouldn't have survived under me in the hospital"

65 continued

- "You wouldn't have survived under me in the hospital"
- Me: I always submit my grades and attendance on time.
  Cline: I know you do (then why doesn't my eval reflect that?)
- Your next one is going to be outstanding. (Why cant this one be?)
- Me: What is considered satisfactory if the top number is 75 and I got a 59.
  Dr. Cline: "I'm satisfied".
- Dr. Cline, You know I would have given you more, but I had to be "equal" (what exactly does that mean??? If they didn't do the equal amount of work, they don't get an equal score as mine)

I do not believe that any of this is your fault Dr Beach, and you should not take responsibility for it. The process could not have been delegated by you to Dr. Cline any better. You stated in your letter that based on what I sent to you, "Dr. Cline went to the AU Faculty Handbook and used the criteria from there to conduct the evaluation process" However, I don't see where that aligns. She chose to evaluate things the way she did using her own undivulged



evaluation process. However, I don't see where that aligns. She chose to evaluate things the way she did using her own undivulged rationales because that is simply what she chose to do. This is a character issue versus a process or clarification issue. None of how she evaluated me is in the handbook. I do not think removing or expunging the evaluation will correct the situation because if I had been there for the appropriate amount of time I still would have been evaluated improperly.

5.2    Annual Faculty Reviews

*5.2.1 Non-Tenure Track Faculty*
All full-time, non-tenure track faculty members will normally be evaluated each academic year in the Spring. Evaluation will consist of the following items:
- Observation of one class by a colleague of choice who will write up his or her findings and submit to the faculty member and the department chair to be included in the faculty member's self-assessment and chair assessment. Not to exceed one page.
- Written self-evaluation by the faculty member that consists of a thoughtful and critical

33



reflection of how the faculty measures up to the values and responsibilities of Averett Faculty (4.1 and 4.2), reflection on teaching evaluations, and goals for improvement. The self-evaluation is not to exceed three pages.

- Department chair written assessment of faculty member that includes a review of teaching evaluations of the previous two semesters and one teaching observation.
- These materials are to be submitted by the department chair to the Vice President for Academic Affairs and division chair by one week after Spring graduation.

## SCHOOL OF NURSING
## FACULTY ANNUAL EVALUATION

| | 2023-2024 Academic Year |
|---|---|

| Nursing Program | ABSN |
|---|---|

Name of Faculty Member Sharlene Chapman          Date 6/28/2024

| Faculty Basic Job Responsibilities | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| 1. Consistently meets class/clinical on time and for the required amount of contact hours | | | | | x | |
| 2. (I meet them on time and for the required amount of time online and in person: post weekly) | | | | | | |
| NOTES: No issues have been reported. | | | | | | |
| 3. Teaching is reflective of providing student academic support/activities | | | | | x | |
| 4. (I support my students by setting up meetings and phone calls with struggling students and I have created games and PowerPoints to support them) | | | | | | |
| NOTES: No issues have been reported. | | | | | | |
| 3. Communicates effectively with students, colleagues, and supervisors and utilizes | | | | | x | |
| NOTES: No issues have been reported. | | | | | | |
| 3. Teaching is reflective of providing student academic support/activities | | | | | x | |
| 4. (I support my students by setting up meetings and phone calls with | | | | | | |



| | | | | | |
|---|---|---|---|---|---|
| **NOTES: No issues have been reported.** | | | | | |
| 3. Teaching is reflective of providing student academic support activities | | | | x | |
| 4. (I support my students by setting up meetings and phone calls with struggling students and I have created games and PowerPoints to support them) | | | | | |
| **NOTES: No issues have been reported.** | | | | | |
| 3. Communicates effectively with students, colleagues, and supervisors and utilizes appropriate channels/methods of communication with all members of the university community | | | | x | |
| (I use my Averett email, the canvas message button, and I have provided my person number because I do not have an office number) | | | | | |
| **NOTES: Professor Chapman is responsive to students.** | | | | | |
| 5. Performs assigned duties such as review of course material, requests from administration, performance evals, course reports, etc. as required | | | x | | |
| 6. (I have requested multiple updates to the course throughout the semester including updating written instructions as well as editing test questions that had no correct answer or had multiple correct answers) | | | | | |
| 7. I have completed midterm and final evaluations for every course I have taught prior to this one. I was unaware of the "monthly evals" as it is not written anywhere, and I was not made aware of this. I also did not have access to Averett email until I was hired at Averett. | | | | | |
| **NOTES:  Professor Chapman has not submitted course reports and performance evaluations.** | | | | | |
| 5. Follows university, division, and departmental policies/procedures When have I not? | | | | x | |
| **NOTES: No report of issues.** | | | | | |
| 6. Submits, posts, and keeps regular office hours | | | | | x |
| **NOTES: No report of issues.** | | | | | |
| 6. Submits, posts, and keeps regular office hours | | | | | x |
| (My students know they can reach me at any time of the day or night by phone (text or call) email and I have done a few on the fly zooms) I hold virtual zoom meetings by appointment only as I am not onsite | | | | | |
| **NOTES: No report of issues.** | | | | | |



| | | | | | |
|---|---|---|---|---|---|
| 7. Submits grades and other academic forms consistently, correctly, and in a timely manner <br> (All of my grades have been posted either the day the assignment was due or the next day. My attendance is always on time) | | | | x | |

**NOTES: grades and attendance** (What about my grades and attendance?)

| | | | | | |
|---|---|---|---|---|---|
| 8. Assist with Department special events as needed <br> 9. Have not had the opportunity yet | | | | x | |

**NOTES: remote**

| | | | | | |
|---|---|---|---|---|---|
| 10. Facilitates faculty assignments professionally. <br> 11. Yes I do, please see comments above | | | | x | |

**NOTES: remote**

| | | | | | |
|---|---|---|---|---|---|
| 10. Facilitates faculty assignments professionally <br> 11. Yes I do, please see comments above | | | | x | |

**NOTES: No report of issues.**

| | | | | | |
|---|---|---|---|---|---|
| 10. Demonstrates civility to students <br> (I treat all my students with respect and in turn they respect me as well) | | | | x | |

**NOTES: No report of issues.**

| | | | | | |
|---|---|---|---|---|---|
| 12. Exhibits collegiality/civility towards colleagues <br> (I treat everyone I work with with respect even the ones who aren't as respectful back) | | | | x | |

**NOTES: No issues reported.**

| | | | | | |
|---|---|---|---|---|---|
| 13. Regularly attends division department meetings <br> I do, as I have recently started getting the invites as I have an Averett email now | | | | x | |

**NOTES: Professor Chapman does attend faculty meetings.**

| | | | | | |
|---|---|---|---|---|---|
| 14. Reviews Canvas shells and updates per policy. <br> (I have been reviewing canvas shell and updating all semester - even added Turnitin the plagiarism checker) Had Orbis update the calendar as well to have the correct due date for the EVA | | | | x | |

**NOTES: No issues reported.**

| | | | | | |
|---|---|---|---|---|---|
| 15. Attends required education and updates compliance file annually | | | | x | |



| | | | | | | |
|---|---|---|---|---|---|---|
| **NOTES:  No issues reported.** | | | | | | |
| 15. Attends required education and updates compliance file annually<br>This section, I can understand the 4 because I was hired in  March and my<br>monthly professional development was behind until July as I had never seen the<br>"Averett University Professional Development Plan" I am now caught up a until<br>8/31/24. | | | | | x | |
| **NOTES:   Professor Chapman  has submitted her revised** | | | | | | |
| **NOTES:   Professor Chapman  has submitted her revised<br>resume and continuing education.** | | | | | | |
| 15. Participates in scholarly activities (continuing education/presenter/research activities,<br>certifications) I have completed a few Quality Matters (QM) courses and will have my<br>Teaching Online Certificate (TOC) provided by QM by the end of the Fall 24. | | | | x | | |
| **NOTES: No report of issues.** | | | | | | |
| **\*\*Total Points out of 75** | 59 | | | | | |
| **What # is considered satisfactory?** | | | | | | |
| **How do we get a 5 in each section?** | | | | | | |

| Grading Scale | Rating |
|---|---|
| Yes/Fulfills responsibilities in this area | 5 |
| Yes/Fulfills most responsibilities in this area with minor exceptions (what are these<br>exceptions?) | 4 |
| Needs improvement/Fulfills some responsibilities in this area | 3 |



 Outlook

---

**RESPONSE TO YOUR CONCERNS**

---

**From** Teresa Beach <tbeach@Averett.edu>
**Date** Sat 7/27/2024 5:06 PM
**To**   Sharlene Chapman <Sharlene.Chapman@Averett.edu>

Ms. Chapman,

I appreciate your communication to me with these concerns. I am taking all of this under advisement and will be examining our evaluation processes. Thank you!




*Dr. Teresa Beach, EdD, MSN, RN*
*Professor & Dean Averett University School of Nursing*
*512 Bridge St, Danville, VA 24541*
*O: 434-791-4770 | F: 434-791-2303*

   





Kathie Tune
To: Sharlene Chapman

    

Thu 7/25/2024 11:21 AM

I would be happy to help you, Charlene, with your HR questions.
Kathie



**Kathie Tune**
Chief Human Resources Officer
420 W. Main St., Danville, VA 24541
O: 434.791.7106 | F: 434.791.7183

     

...

---



Sharlene Chapman
To: Kathie Tune

    

Thu 7/25/2024 12:05 PM

Kathie,

Thank you for your time. I am reaching out to you in advance just so I know who I need to contact if my issue is not resolvable after I have my meeting tomorrow with Dr Beach (Professor & Dean Averett University School of Nursing). I have heard from other faculty, both past and current, that they have also had issues with the individual that I would like to speak to Dr Beach about and they have had to communicate with HR but as far as they know nothing has happened or changed. I just wanted to at least put you in the loop before I escalate the situation and perhaps involve EEOC. Some instructors are afraid to speak to HR or Dr Beach due to fear of retaliation, so they just go along with it.

\*The first situation is inappropriate yearly evals

\*The second situation is giving online courses to other faculty members (some less qualified and who already have full time commitments) after making the original instructor believe that they would get a course that they were truly relying on and asked for in advance.

\*Hindering the growth and advancement of the ABSN nursing program in general.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu



Kathie Tune
To: Sharlene Chapman                                                Thu 7/25/2024 12:20 PM

ⓘ You forwarded this message on Wed 7/31/2024 3:46 AM

Thank you for sharing your concerns, Sharlene. I want to assure you
that we have a very strict Retaliation policy and that any hint of
retaliation would be a red flag for us.

After you meet with Dr. Beach and communicate your concerns,
then you have every opportunity to request a meeting with Ginger
Henderson our VP for Academics. All things academic are within
Ms. Henderson's purview and if once again any bias or retaliation,
then she makes sure I am made aware of the situation/scenario.

I am convinced that Dr. Beach will serve as a sound guide for you
and your colleagues.

Kathie



Sharlene Chapman
To: Kathie Tune                                                Wed 7/31/2024 4:50 AM

ⓘ You forwarded this message on Wed 7/31/2024 4:53 AM

Hello again Kathie,

It has been brought to my attention that at least 3 African
American/black educators have all 4s and one 3 on their yearly
evaluation without true reason while Caucasian/white educators have
all 4s. When Dr Cline was asked why we have 3s and 4s she cannot
give a legitimate answer. When I personally asked why I can't have a
higher score she stated "well I would have given you more but it had
to be equal" (when it is in fact not equal and she lied and told me that
I had the highest score; perhaps to try to smooth it over) and when I
made a comment about when I was in school if I didn't get my 4.0 I
wanted to know why and how to obtain it and she stated she would
have told me to "just deal with it". I also noticed that she preferrenced
giving Caucasian/white educators online courses over me after I



**From:** Kathie Tune <ktune@Averett.edu>
**Sent:** Thursday, July 25, 2024 4:39 PM
**To:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Subject:** Re: Human Resources

You are very welcome!




Kathie Tune
Chief Human Resources Officer
420 W. Main St., Danville, VA 24541
O: 434.791.7106 | F:  434.791.7183



**From:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Sent:** Thursday, July 25, 2024 12:24 PM
**To:** Kathie Tune <ktune@Averett.edu>
**Subject:** Re: Human Resources

Thank you so much.
*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

**From:** Kathie Tune <ktune@Averett.edu>
**Sent:** Thursday, July 25, 2024 12:20 PM
**To:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Subject:** Re: Human Resources



Thank you for sharing your concerns, Sharlene.  I want to assure you that we have a very strict Retaliation policy and that any hint of retaliation would be a red flag for us.

After you meet with Dr. Beach and communicate your concerns, then you have every opportunity to request a meeting with Ginger Henderson our VP for Academics.  All things academic are within Ms. Henderson's purview and if once again any bias or retaliation, then she makes sure I am made aware of the situation/scenario.

I am convinced that Dr. Beach will serve as a sound guide for you and your colleagues.

Kathie

**From:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Sent:** Wednesday, July 31, 2024 4:50 AM
**To:** Kathie Tune <ktune@Averett.edu>
**Subject:** Re: Human Resources

Hello again Kathie,

It has been brought to my attention that at least 3 African American/black educators have all 4s and one 3 on their yearly evaluation without true reason while Caucasian/white educators have all 4s. When Dr Cline was asked why we have 3s and 4s she cannot give a legitimate answer. When I personally asked why I can't have a higher score she stated "well I would have given you more but it had to be equal" (when it is in fact not equal and she lied and told me that I had the highest score; perhaps to try to smooth it over) and when I made a comment about when I was in school if I didn't get my 4.0 I wanted to know why and how to obtain it and she stated she would have told me to "just deal with it". I also noticed that she preferrenced giving Caucasian/white educators online courses over me after I stated that I was having difficulty with breathing and chest pain and I needed more online courses as I can not continue to do clinicals. I asked her on multiple occasions if I can have the 2-3 online courses that had become available and she chased down two other educators waiting for their responses. One who is in the traditional bsn program in Danville while i am in the ABSN program in Norfolk. She then asked me if I wanted 329 and after I said yes she stated she wanted to ask the Caucasian educator which one she wanted and she will give me what is left.

If I am not mistaken, this same individual has had other complaints written about her from other faculty regarding preferences and special treatment. I would also communicate with Orbis to see about the complaints filed by their employees. Will you please keep me updated on what the plan is as far as how to rectify this situation. Also, Dr. Beach's response to me does not address the situation at hand she appears to be focused on addressing the evaluation process versus addressing the individual. I am aware that other instructors have complained to her but nothing has changed. Dr. Beach's recommendation to me is to discard or "expunge" my evaluation & she will be "examining our evaluation processes". I also have past employees stating that they heard Dr Cline make a comment about African students coming here to get an education and they need to learn to speak English. Can you please tell me the status on this situation.

Thank you


*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

 **Outlook**

---

**Fw: Human Resources**

---

**From** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Date** Sun 8/4/2024 10:14 AM
**To** Tiffany Franks <tfranks@Averett.edu>

**From:** Sharlene Chapman
**Sent:** Wednesday, July 31, 2024 9:43 AM
**To:** Kathie Tune <ktune@Averett.edu>
**Subject:** Re: Human Resources

Thank you. I appreciate your help.


*Sharlene A. Chapman MSN, RN, CCRN*
**Adjunct Nursing Faculty**
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

**From:** Kathie Tune <ktune@Averett.edu>
**Sent:** Wednesday, July 31, 2024 8:21 AM
**To:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Subject:** Re: Human Resources

Good morning, Sharlene, and thank you for bringing your concerns to me.  As is our protocol, I will work with our Vice President of Academic Affairs, Ginger Henderson, and Dr. Beach, Dean of Nursing, since they have purview over all academic personnel and processes.

I will share your email with Ginger and Dr. Beach for them to proceed.

Kathie Tune

 **Kathie Tune**
**Chief Human Resources Officer**
420 W. Main St., Danville, VA 24541
O: 434.791.7106 | F:  434.791.7183

 Outlook

---

**Complaint to HR**

---

**From** Sharlene Chapman <Sharlene.Chapman@Averett.edu>

**Date** Sun 8/4/2024 10:04 AM

**To**  Tiffany Franks <tfranks@Averett.edu>

Hello Dr Franks,

I am reaching out to you concerning a complaint that I originally sent to HR (Kathy Tune) almost 2wks ago 7/25/24. I have heard nothing regarding my complaint I requested an update regarding my complaint. The complaint involved Dr Beach and Dr Cline. I reported my concern to Dr Beach about Dr Cline and Dr Beach's response did not seem to address the real issue.
This is what I sent to HR:

7/31/24
"Hello again Kathie,

It has been brought to my attention that at least 3 African American/black educators have all 4s and one 3 on their yearly evaluation without true reason while Caucasian/white educators have all 4s. When Dr Cline was asked why we have 3s and 4s she cannot give a legitimate answer. When I personally asked why I can't have a higher score she stated "well I would have given you more but it had to be equal" (when it is in fact not equal and she lied and told me that I had the highest score; perhaps to try to smooth it over) and when I made a comment about when I was in school if I didn't get my 4.0 I wanted to know why and how to obtain it, she stated she would have told me to "just deal with it". I also noticed that she preferenced giving Caucasian/white educators online courses over me after I stated that I was having difficulty with breathing and chest pain and I needed more online courses as I can not continue to do clinicals. I asked her on multiple occasions if I can have the 2-3 online courses that had become available, and she chased down two other educators waiting for their responses. One who is in the traditional bsn program in Danville while i am in the ABSN program in Norfolk and one who I am not even sure if she has a masters in nursing or meets the other qualifications per Averett policy. She then asked me if I wanted 329 and after I said yes she stated she wanted to ask the Caucasian educator which one she wanted and she will give me what is left.

If I am not mistaken, this same individual has had other complaints written about her from other faculty regarding preferences and special treatment. Some have been sent to Orbis HR. I would also communicate with Orbis to see about the complaints filed by their employees. Will you please keep me updated on what the plan is as far as how to rectify this situation. Also, Dr. Beach's response to me does not address the situation at hand she appears to be focused on addressing the evaluation process versus addressing the individual. I am aware that other instructors have complained to Dr Beach but nothing has changed. Dr. Beach's recommendation to me is to discard or "expunge" my evaluation & she will be "examining our evaluation processes". I also have past employees stating that they heard Dr Cline make a comment about African students coming here to get an education and they need to learn to speak English. Can you please tell me the status on this situation."

HR stated Dr Beach and Dr Henderson will communicate and get back to me. However, Dr Beach appears to be a part of the issue not being resolved. Dr Beach stated that after she reviewed the email and

Pg 1

documents that I sent her "evaluations were conducted based on the employee handbook" when they were in fact not. Her other response is that she will be "examining our evaluation processes" I will forward the conversation between me, Dr Beach, and HR Kathy Tune.

please email me as I would like to have a record of the updates on this situation as well as see clear expectations and outcomes.
Thank you

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
Fax: 1-757-238-5511
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

Pg 2

 Outlook

---

## RE: Complaint to HR

**From** Tiffany Franks <tfranks@Averett.edu>
**Date** Sun 8/4/2024 1:34 PM
**To** Sharlene Chapman <Sharlene.Chapman@Averett.edu>

Good Afternoon, Sharlene – I am writing to confirm that I have received the various messages you have sent me this morning. Thank you, too, for sharing Kathie Tune's follow up to your inquiry where she provides guidance on next steps for addressing your concerns.

I can hear your distress and certainly appreciate your making me aware of the concerns you are voicing. Kathie directed you just as I must given this is an academic matter. Ms. Ginger Henderson, our VP for Academic Affairs, provides leadership and oversight of all academic matters including faculty concerns. If you have not done so already, perhaps it would be helpful to request a virtual meeting with Dr. Beach. Often this is more productive and helpful than by attempting to resolve by way of email. Then, if you still have concerns, then you should speak with Ms. Ginger Henderson. Her email address is vhenderson@averett.edu and her assistant is Ms. Debbie Pike. I know both Dr. Beach and Ms. Henderson want to do all possible to support our faculty and address any concerns that are raised.

Thank you again for making me aware of your concerns. Using the established governance structure, I hope you are able to reach a satisfactory outcome. If you have any further questions, feel free to reach out.

Sincerely, Tiffany Franks

 Dr. Tiffany M. Franks
President
AVERETT 420 W. Main St., Danville, VA 24541
UNIVERSITY O: 434-791-5670
SINCE 1859

All Averett 

---

**From:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Sent:** Sunday, August 4, 2024 10:05 AM
**To:** Tiffany Franks <tfranks@Averett.edu>
**Subject:** Complaint to HR

Hello Dr Franks,

I am reaching out to you concerning a complaint that I originally sent to HR (Kathy Tune) almost 2wks ago 7/25/24. I have heard nothing regarding my complaint I requested an update regarding my complaint. The complaint involved Dr Beach and Dr Cline. I reported my concern to Dr Beach about Dr Cline and Dr Beach's response did not seem to address the real issue. This is what I sent to HR:

7/31/24

concerns. If you have not done so already, perhaps it would be helpful to request a virtual meeting with Dr. Beach. Often this is more productive and helpful than by attempting to resolve by way of email. Then, if you still have concerns, then you should speak with Ms. Ginger Henderson. Her email address is vhenderson@averett.edu and her assistant is Ms. Debbie Pike. I know both Dr. Beach and Ms. Henderson want to do all possible to support our faculty and address any concerns that are raised.

Thank you again for making me aware of your concerns. Using the established governance structure, I hope you are able to reach a satisfactory outcome. If you have any further questions, feel free to reach out.

Sincerely, Tiffany Franks



Dr. Tiffany M. Franks
President
420 W. Main St., Danville, VA 24541
O: 434-791-5670

 



Kathie Tune
To: Sharlene Chapman                                    Mon 8/5/2024 3:18 PM
High importance

G13

Good day, Sharlene,

Ginger, Dr. Beach and I met on Thursday afternoon, 8/1/2024. They, of course, are aware of your concerns which were discussed at length in our meeting. We discussed how best to address those concerns and the next steps Dr. Beach will take when she returns from vacation. As is our protocol, we make sure that Dean and Division chairs meet with their administrative faculty when issues arise. Dr. Beach is scheduling a meeting to discuss those issues with Dr. Cline once Dr. Beach returns from vacation next week.

Thank you once again for your understanding and patience while we implement next steps.

Sincerely,
Kathie Tune

...

After I spoke to Dr Franks who is the president of the university, I received an email from HR. I have not heard anything else since 8/5 even though I requested and update and email communication. This is the same HR representative and Dr Beach is the same dean who disregarded a case presented about Dr Cline previously