Sara Salen

To: Kimberly Lott;  Kathy Cline;  +8 others

Thu 6/13/2024 6:15 AM

Good morning, Dr Cline,
Yes, I will teach in the fall.
Thank you.
Sass

Sara Salen DNP, MSN, RN, NPD-BC
Adjunct Professor
NUR 325, NUR 326, and NUR 441
Charleston, South Carolina
ssalen@averett.edu
585-590-0124

"Education is the most powerful weapon you can use to change the
world." Nelson Mandela

H2

**FALL 2024 ABSN NORFOLK** — Green-Dr. Carter, Lead Faculty/yellow-Dr. Edmonds, Lead Faculty

### SEMESTER ONE

| Faculty Names | Course # | Semester | Session | Course Name | Email | Agreed for Fall 24 |
|---|---|---|---|---|---|---|
| Shelby Mosos | NUR 210 | 1 | 1 & 2 | Client Centered Care: Introduction | smosos@averett.edu | Yes |
| Kaileigh Wilson | NUR 211 | 1 | 1 | Health Assessment/Lab | Kaileigh.Wilson@absn.averett.edu | Yes |
| Kellyn McMahon | NUR 438 | 1 | 2 | Ethics for Health Science | kmcmahon@averett.edu | Yes |
| Kim Lott | NUR 330 | 1 | 2 | Global Health Perspectives | klott@averett.edu | Yes |
| Jill Grewcock | NUR 216 | 1 | 2 | Improving Patient Outcomes | jgrewcock@averett.edu | Yes |

### SEMESTER TWO

| Faculty Names | Course # | Semester | Session | Course Name | Email | Agreed for Fall 24 |
|---|---|---|---|---|---|---|
| Sharlene Chapman | NUR 329 | 2 | 1 | Evidence-Based Practice | sharlene.chapman@averett.edu | Yes |
| Juanita Graham | NUR 439 | 2 | 1&2 | Client Centered Care: Public Health | jgraham@Averett.edu | Yes |
| Sharlene Chapman | NUR 213 | 2 | 1&2 | Clinical Management of Disease I | sharlene.chapman@averett.edu | Yes |
| Chawndel Edmonds | NUR 215 | 2 | 1 & 2 | Adult Health 1 | cedmonds@Averett.edu | Yes |

### SEMESTER THREE

| Faculty Names | Course # | Semester | Session | Course Name | Email | Agreed for Fall 24 |
|---|---|---|---|---|---|---|
| Jill Gardner-Grewcock | NUR 327 | 3 | 1 | Mental Health | jgrewcock@averett.edu | Yes |
| Sara Salen | NUR 326 | 3 | 1 & 2 | Clinical Management of Disease | ssalen@Averett.edu | Yes |
| Sara Salen | NUR 325 | 3 | 1 & 2 | Adult Health 2 | ssalen@Averett.edu | Yes |
| Kim Lott | NUR 328 | 3 | 2 | Maternal & Child | klott@averett.edu | Yes |

### SEMESTER FOUR

| Faculty Names | Course # | Semester | Session | Course Name | Email | Agreed for Fall 24 |
|---|---|---|---|---|---|---|
| Kellyn McMahon | NUR 440 | 4 | 1 | Healthcare Economics | kmcmahon@averett.edu | Yes |
| Sara Salen | NUR 441 | 4 | 1 & 2 | Complex Problems | ssalen@Averett.edu | Yes |
| Amanda Carter | NUR 442 | 4 | 1 & 2 | Transition to Practice | acarter@averett.edu | Yes |
| Shelby Mosos | NUR 443 | 4 | 1 & 2 | Transition to Practice 2 | smosos@averett.edu | Yes |
| Felicia Pendleton | NUR 214 | 4 | 2 | Contemporary Issues in Healthcare | fpendleton@averett.edu | Yes |





Dr Pierce (Black Educator)

Dr Nganso (Black Educator) also got all 4s and a 3. I have added this to the files.

I also got all 4s and a 3



H4

# SCHOOL OF NURSING
# FACULTY ANNUAL EVALUATION

2023-2024 Academic Year

Nursing Program — ABSN Clinical Faculty

Name of Faculty Member-Nadege Nganso          Date 6/28/2024

| Faculty Basic Job Responsibilities | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| 1. Consistently meets class/clinical on time and for the required amount of contact hours | | | | | x | |
| NOTES: No issues have been reported. | | | | | | |
| 2. Teaching is reflective of providing student academic support/activities | | | | | x | |
| NOTES: No issues have been reported. | | | | | | |
| 3. Communicates effectively with students, colleagues, and supervisors and utilizes appropriate channels/methods of communication with all members of the university community | | | | | x | |
| NOTES: Dr. Nganso is responsive to students. No complaints noted. | | | | | | |
| 4. Performs assigned duties such as review of course material, requests from administration, performance evals, course reports, etc. as required | | | | | x | |
| NOTES: Dr. Nganso has submitted reports and evaluations as requested by the AD. She is very new to the processes. | | | | | | |
| 5. Follows university, division, and departmental policies/procedures | | | | | x | |
| NOTES: No report of issues. | | | | | | |
| 6. Submits, posts, and keeps regular office hours | | | | | x | |
| NOTES: No report of issues. | | | | | | |
| 7. Submits grades and other academic forms consistently, correctly, and in a timely manner | | | | | x | |
| NOTES: grades and attendance | | | | | | |
| 8. Assist with Department special events as needed | | | | | x | |
| NOTES: No issues have been reported. | | | | | | |
| 9. Facilitates faculty assignments professionally. | | | | | x | |
| NOTES: No report of issues. | | | | | | |
| 10. Demonstrates civility to students | | | | | x | |
| NOTES: No report of issues. | | | | | | |
| 11. Exhibits collegiality/civility towards colleagues | | | | | x | |
| NOTES: No issues reported. | | | | | | |
| 12. Regularly attends division/department meetings | | | | | x | |
| NOTES: Dr. Nganso does attend faculty meetings. | | | | | | |
| 13. Reviews Canvas shells and updates per policy. | | | | x | | |
| NOTES: No issues reported. She has not done this task. | | | | | | |
| 14. Attends required education and updates compliance file annually. | | | | | x | |
| NOTES: Dr. Nganso has submitted her revised resume and continuing education. | | | | | | |
| 15. Participates in scholarly activities (continuing education/presenter/research activities, certifications) | | | | | x | |
| NOTES: No report of issues. | | | | | | |
| **Total Points out of 75 | 59 | | | | | |

| Grading Scale | Rating |
|---|---|
| Yes/Fulfills responsibilities in this area | 5 |
| Yes/Fulfills most responsibilities in this area with minor exceptions | 4 |
| Needs improvement/Fulfills some responsibilities in this area | 3 |
| No/Frequently does not fulfill responsibilities in this area | 2 |
| No/Rarely fulfills responsibilities in this area | 1 |
| No/Never fulfills responsibilities in this area | 0 |

Faculty member addressed feedback from students and/or colleagues:   ___ Yes   ___No
(i.e., from classroom observations, formative evaluations, and/or student surveys)

**Dr. Nganso** is a clinical adjunct.

___*Dr. K.Cline, Associate Dean*_____        ___6/28/2024_____
                   Signature
Associate Dean Averett University ABSN Program                   Date

**COMMENTS:**

_____        _____
Signature of Faculty                                     Date