



RE: Unable to come to zoom today

From Kathy Cline <kcline@Averett.edu>
Date Tue 8/13/2024 7:16 AM
To     Sharlene Chapman <Sharlene.Chapman@Averett.edu>
Cc     Debra Bryant (Orbis) <Debra.Bryant@orbiseducation.com>

Sharlene,

I understand. What does this mean for your online classes?

**Dr. Kathy Cline, DNP, RN**
Associate Dean



**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

kcline@averett.edu
absn.averett.edu

**From:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Sent:** Tuesday, August 13, 2024 7:01 AM
**To:** Kathy Cline <kcline@Averett.edu>
**Cc:** Debra Bryant (Orbis) <Debra.Bryant@orbiseducation.com>
**Subject:** Unable to come to zoom today

For medical reasons I am unable to attend the scheduled zoom today.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
Fax: 1-757-257-4060
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

 Outlook

## Re: Unable to come to zoom today

**From** Kathy Cline <kcline@Averett.edu>
**Date** Tue 8/13/2024 11:01 AM
**To** Sharlene Chapman <Sharlene.Chapman@Averett.edu>; Chawndel Edmonds <cedmonds@Averett.edu>
**Cc** Debra Bryant (Orbis) <Debra.Bryant@orbiseducation.com>

Ok, thanks for letting me know.

Sent via the Samsung Galaxy A71 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Sent:** Tuesday, August 13, 2024 10:06:52 AM
**To:** Chawndel Edmonds <cedmonds@Averett.edu>; Kathy Cline <kcline@Averett.edu>
**Cc:** Debra Bryant (Orbis) <Debra.Bryant@orbiseducation.com>
**Subject:** Re: Unable to come to zoom today

It means my online classes are fine

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
Fax: 1-757-257-4060
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

**From:** Chawndel Edmonds <cedmonds@Averett.edu>
**Sent:** Tuesday, August 13, 2024 8:55 AM
**To:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>; Kathy Cline <kcline@Averett.edu>
**Cc:** Debra Bryant (Orbis) <Debra.Bryant@orbiseducation.com>
**Subject:** Re: Unable to come to zoom today

Goodmorning Sharlene!
Received. I hope your feel better soon!!

**Dr. Chawndel Edmonds, DNP, RN, CMSRN, B-C**
Assistant Professor of Nursing-Didactic Course Lead

SENTARA INTERNAL MEDICINE PHYSICIANS
114 North Main Street
Suite 200
Suffolk, VA 23434-4564

*Sentara Behavioral Health Specialists
1020 First Colonial Road, Suite A
Virginia Beach, VA 23454*

8/13/2024

Sharlene A Chapman
34 Scotland Rd
Hampton VA 23663-1430

Dear Sharlene A Chapman,

This is a reminder for your upcoming appointment.

    Date: 8/19/2024
    Time: 2:00 PM
    Provider: Lewter, Linda A, LPC
    Department: SENTARA INTERNAL MEDICINE PHYSICIANS
    Visit Type: Telehealth Visit

If for any reason you are unable to keep this appointment,
please contact the office at 757-983-8600 to reschedule.

Location Instructions:
Only one visitor or caregiver may accompany patients to their scheduled appointment.
Thank you for your understanding.

Patient Instructions:
This visit will be on video, please do not present to the office. Please have your video on and be in a quiet place with no distractions at the time of your visit. You will get a notification to complete eCheck-in prior to your appointment. Please be ready to submit your current blood pressure, heart rate (pulse), height and weight during eCheck-in. This must be completed prior to your visit time. Please call the practice if you have questions about your video visit.

Sincerely,

Patient Care Representative for Lewter, Linda A, LPC

 **Kathie Tune**
To: Sharlene Chapman
Wed 7/31/2024 8:21 AM

Good morning, Sharlene, and thank you for bringing your concerns to me. As is our protocol, I will work with our Vice President of Academic Affairs, Ginger Henderson, and Dr. Beach, Dean of Nursing, since they have purview over all academic personnel and processes.

I will share your email with Ginger and Dr. Beach for them to proceed.

Kathie Tune


Kathie Tune
Chief Human Resources Officer
AVERETT UNIVERSITY
420 W. Main St., Danville, VA 24541
O: 434.791.7106 | F: 434.791.7183

---

 **Sharlene Chapman**
To: Tiffany Franks
Sun 8/4/2024 10:04 AM

You forwarded this message on Sun 8/4/2024 10:16 AM

Hello Dr Franks,

I am reaching out to you concerning a complaint that I originally sent to HR (Kathy Tune) almost 2wks ago 7/25/24. I have heard nothing regarding my complaint I requested an update regarding my complaint. The complaint involved Dr Beach and Dr Cline. I reported my concern to Dr Beach about Dr Cline and Dr Beach's response did not seem to address the real issue.
This is what I sent to HR:

7/31/24
"Hello again Kathie,

It has been brought to my attention that at least 3 African American/black educators have all 4s and one 3 on their yearly evaluation without true reason while Caucasian/white educators have all 4s. When Dr Cline was asked why we have 3s and 4s she