 Outlook

## Follow-Up on Complaint and Concerns Regarding Dr. Kathy Cline

From Sharlene Chapman <Sharlene.Chapman@Averett.edu>
Date Thu 8/15/2024 11:28 AM
To Kathie Tune <ktune@Averett.edu>
Cc Teresa Beach <tbeach@Averett.edu>
Bcc Tiffany Franks <tfranks@Averett.edu>; Ginger Henderson <vhenderson@Averett.edu>

1 attachments (33 KB)
Sentara+Work+Restrictions-Chapman.pdf;

Dear Kathie and Dr Beach,

I hope this message finds you well.

I am writing to follow up on the status of my complaint concerning Dr. Kathy Cline originally on 7/25. I have not received any updates from HR or any other relevant parties in the past few days, and this lack of communication is causing me significant anxiety.

As previously reported, there are ongoing issues involving Dr. Cline that I, along with others in the past, have raised. Despite these reports, I have not observed any resolution or changes in the situation. Specifically, I am concerned about recent interactions, including Dr. Cline's response to my medical absence and doctors note on August 13th. Her comments about my online courses as a response to this email seemed misplaced, antagonistic, and have contributed to my stress. Dr Cline's response was "I understand.  What does this mean for your online classes?" I had to take a day to drive to Sentara Virginia Beach (from Hampton) for medical reasons. Why would this affect my asynchronous online courses that I desperately need and have already set up for the Fall and entered grades for the Summer? My complaint about her included her giving preferential treatment over the assignment of online courses despite me not feeling well and not being able to find online work.

Furthermore, there are troubling reports from other staff members about Dr. Cline's behavior towards them, such as closing her office door, avoiding interaction, turning off her zoom camera, and failing to provide information to the DNS (who she should be working in partnership with) the information she needed for a faculty meeting. These actions seem to be retaliatory and have created a hostile environment for the employee who has recently returned from medical leave and is afraid to report it due to fear of further retaliation.

Given these circumstances, I am also unable to attend today's staff meeting due to medical reasons. My anxiety is exacerbated by the presence of Dr. Cline, and I fear that her continued presence in meetings will only increase my stress and anxiety (which does not help the shortness of breath I am experiencing). I have emailed my course lead Dr. Edmonds and Dr Cline to please share any pertinent information from the meeting with me as I will not be there. I did not share this reason as I am trying to avoid conflict and would prefer that HR rectify the situation.

I would greatly appreciate an update on the steps being taken to address these issues and any measures that can be implemented to ensure a supportive work environment for all staff involved.

Thank you for your attention to this matter. I don't want to leave Averett. I have had a difficult time trying to find online work that does not require physical exertion. I enjoy my online courses, and my students love me, and I love them too. I've spent hours of my own time creating fun games, study guides, and pretest reviews to help them prepare for their tests. So far, I have had 22 out of 23 to complete their end of course survey and I can't wait to see what they say (both good and bad) as it is only meant to help me modify my courses to make them better for future students.

I look forward to your prompt response.

I would prefer email communication so I can see clear expectations and I am able to also provide clear responses.

Best regards,

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
Fax: 1-757-257-4060
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

 Outlook

Re: Follow-Up on Complaint and Concerns Regarding Dr. Kathy Cline

From  Kathie Tune <ktune@Averett.edu>
Date  Thu 8/15/2024 8:23 PM
To  Sharlene Chapman <Sharlene.Chapman@Averett.edu>
Cc  Teresa Beach <tbeach@Averett.edu>

Good evening, Sharlene,
And thank you for updating Dr. Beach and me on your concerns and current situation. I can assure you that Dr. Beach is taking all steps and following all protocols that are in place when we receive complaints from instructors. Dr. Beach meets with her faculty and staff on a regular basis and I can also assure you that Averett does not tolerate any type of retaliation under any circumstances.

If you would like either of us or both of us to reach out to you by phone, we can schedule a call and listen to all of your concerns. As far as personnel updates, Beach nor I can discuss personnel matters. Please know that Dr. Beach cares deeply about her faculty and staff and takes all reports seriously and will take each and every one under advisement.

Take care,
Kathie Tune



Kathie Tune
Chief Human Resources Officer
420 W. Main St., Danville, VA 24541
O: 434.791.7106 | F: 434.791.7183

 

From: Sharlene Chapman <Sharlene.Chapman@Averett.edu>
Sent: Thursday, August 15, 2024 11:28 AM
To: Kathie Tune <ktune@Averett.edu>
Cc: Teresa Beach <tbeach@Averett.edu>
Subject: Follow-Up on Complaint and Concerns Regarding Dr. Kathy Cline

Dear Kathie and Dr Beach,

I hope this message finds you well.

I am writing to follow up on the status of my complaint concerning Dr. Kathy Cline originally on 7/25. I have not received any updates from HR or any other relevant parties in the past few days, and this lack of communication is causing me significant anxiety.