

Dr Sara Salen (White) got all 4s but never turns in her attendance or grades on time. I also got a 4 but my grades and attendance have never been late



