# Averett University


Summer 2024, NUR NUR213 Clinical Management of Disease I Section U01
Instructor: Chapman, Sharlene (Primary)

There were: 23 possible respondents.

| # | Question Text | N | Avg | SD | NUR Avg | Div Avg | Sch Avg | Str Agree | Agree | Neutral | Disagree | Str Disagree | N/A | IDK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Learning outcomes/ expectations communicated in materials | 22 | 4.9 | 0.3 | 4.3 | 4.3 | 4.5 | 91% | 9% | 0% | 0% | 0% | 0% | 0% |
| 2 | Course content/ experiences supported learning outcomes | 22 | 4.9 | 0.4 | 4.2 | 4.3 | 4.5 | 86% | 14% | 0% | 0% | 0% | 0% | 0% |
| 3 | Course appropriately rigorous/ relevant | 22 | 4.8 | 0.4 | 4.2 | 4.3 | 4.4 | 82% | 18% | 0% | 0% | 0% | 0% | 0% |
| 4 | Evaluative assignments measured mastery of learning outcomes | 22 | 4.8 | 0.4 | 4.2 | 4.2 | 4.4 | 77% | 23% | 0% | 0% | 0% | 0% | 0% |
| 5 | Online materials clear/ presented logically | 22 | 4.9 | 0.3 | 4.1 | 4.2 | 4.4 | 91% | 9% | 0% | 0% | 0% | 0% | 0% |
| 6 | Syllabus clearly stated grading policies | 22 | 4.9 | 0.3 | 4.4 | 4.4 | 4.5 | 91% | 9% | 0% | 0% | 0% | 0% | 0% |
| 7 | Course technology facilitated learning | 22 | 4.7 | 0.5 | 4.2 | 4.3 | 4.4 | 73% | 27% | 0% | 0% | 0% | 0% | 0% |
| 8 | Would recommend course to others | 22 | 4.8 | 0.5 | 4.1 | 4.1 | 4.3 | 82% | 14% | 5% | 0% | 0% | 0% | 0% |
| | | | | | | | | Yes | No | | | | | |
| 9 | Satisfied with learning experience | 22 | 1 | 0 | 0.8 | 0.9 | 0.9 | 100% | 0% | | | | | |
| | | | | | | | | Str Agree | Agree | Neutral | Disagree | Str Disagree | N/A | IDK |
| 11 | Instructor created interactive learning environment | 22 | 5 | 0.2 | 4.2 | 4.2 | 4.4 | 95% | 5% | 0% | 0% | 0% | 0% | 0% |
| 12 | Instructor encouraged critical thinking/ problem solving | 22 | 4.9 | 0.4 | 4.3 | 4.3 | 4.5 | 86% | 14% | 0% | 0% | 0% | 0% | 0% |
| 13 | Instructor expectations clearly communicated | 22 | 5 | 0.2 | 4.1 | 4.2 | 4.4 | 95% | 5% | 0% | 0% | 0% | 0% | 0% |
| 14 | Instructor feedback constructive/ supported learning | 22 | 5 | 0.2 | 4.2 | 4.2 | 4.4 | 95% | 5% | 0% | 0% | 0% | 0% | 0% |
| 15 | Graded work returned in timely manner | 22 | 5 | 0.2 | 4.1 | 4.2 | 4.4 | 95% | 5% | 0% | 0% | 0% | 0% | 0% |
| 16 | Instructor accessible/ responsive/ supportive | 22 | 5 | 0.2 | 4.2 | 4.2 | 4.4 | 95% | 5% | 0% | 0% | 0% | 0% | 0% |
| | | | | | | | | Yes | No | | | | | |
| 17 | Would recommend instructor to others | 22 | 1 | 0 | 0.9 | 0.9 | 0.9 | 100% | 0% | | | | | |
| | | | | | | | | Rarely | Sometimes | Freq | Always | N/A | | |
| 19 | Tech support available when needed | 22 | 2.8 | 0.9 | 2.6 | 2.8 | 2.9 | 0% | 23% | 14% | 14% | 50% | | |
| | | | | | | | | Str Agree | Agree | Neutral | Disagree | Str Disagree | N/A | IDK |
| 20 | Learning resources/ materials available | 22 | 4.2 | 1 | 4.1 | 4.2 | 4.4 | 41% | 32% | 14% | 0% | 5% | 9% | 0% |

| # | Item | N | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Online tutoring/ support services helpful | 22 | 4.1 | 0.9 | 4.1 | 4.1 | 4.3 | 23% | 32% | 9% | 5% | 0% | 32% | 0% |
| 22 | University support appropriate/ helpful | 22 | 2.8 | 1.3 | 3.7 | 3.9 | 4.3 | 9% | 18% | 36% | 5% | 27% | 5% | 0% |
| | | | | | | | | Yes | No | | | | | |
| 23 | Access to needed university resources | 22 | 0.9 | 0.3 | 0.9 | 0.9 | 1.0 | 91% | 9% | | | | | |