Outlook

---

**ABSN CEUs Programs for Faculty**

---

From  Teresa Beach <tbeach@Averett.edu>
Date  Mon 8/26/2024 11:42 AM
To    Sharlene Chapman <Sharlene.Chapman@Averett.edu>
Cc    Kathie Tune <ktune@Averett.edu>

Hello Ms. Chapman,

I wanted to provide some information about the CEU programs that are available to the ABSN faculty. All of the ABSN faculty meetings have been recorded, but apparently there were some technical issues that prevented the meetings' recordings being received by the faculty. Dr. Cline will be sending out an email to all faculty related to these programs along with the corresponding instructions later this week.

*Dr. Beach*



Dr. Teresa Beach, EdD, MSN, RN
Professor & Dean Averett University School of Nursing
512 Bridge St, Danville, VA 24541
O: 434-791-4770 | F: 434-791-2303

 

*[Handwritten note: "This is the Last page and the Last Pg is #1"]*

 Outlook

Fw: revised mandatory list

From Sharlene Chapman <Sharlene.Chapman@Averett.edu>
Date Sat 8/24/2024 10:17 AM
To Kathie Tune <ktune@Averett.edu>
Cc Teresa Beach <tbeach@Averett.edu>
Bcc Tiffany Franks <tfranks@Averett.edu>



Unprofessional communication/retaliation. This is a toxic work environment. Please help. I love my courses and I want to continue to work at Averett and teach my courses. I spend many hours preparing those courses and plan to one day teach more or even slide to the RN-BSN program to teach. I would pick my courses over legal claims for retaliation and racial disparities any day but this has to stop.

Please help.

*Sharlene A. Chapman* MSN, RN, CCRN
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
Fax: 1-757-257-4060
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

From: Sharlene Chapman <Sharlene.Chapman@Averett.edu>
Sent: Saturday, August 24, 2024 10:05 AM
To: Kathy Cline <kcline@Averett.edu>
Subject: Re: revised mandatory list



Hello Dr. Cline,

I'm sorry, but I don't recall this issue being discussed in any of the ABSN faculty meetings I attended over the past three months (May, June, July), with the exception of one meeting from May or June 2024. I am sure it is recorded somewhere. I only gained access to these meetings in May 2024, as I did not have access to my Averett email until April 2024 after Marietta onboarded me. Consequently, I was not added to the ABSN Faculty meeting list until May 2024. Therefore, I'm unsure which one of these "several meetings" you are referring to. All I have is your email from 5/1/24 instructing me to proceed as I did for the professional development, which was not effective, so I am seeking further guidance. However, from your last email, it seems that I can choose any ATI to substitute for the CQI course due in December 2024 and that should suffice. Just clarifying.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
Fax: 1-757-257-4060
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

**From:** Kathy Cline <kcline@Averett.edu>
**Sent:** Saturday, August 24, 2024 7:07 AM
**To:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Subject:** Re: revised mandatory list

Sharlene,

We discussed this at several faculty meetings. Just go into ATI and pick a course.

[handwritten: Y4]

**Dr. Kathy Cline, DNP, RN**
Associate Dean

---

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434) 791-5860

kcline@averett.edu
absn.averett.edu

---

**From:** Sharlene Chapman <Sharlene.Chapman@Averett.edu>
**Sent:** Friday, August 23, 2024 2:11 PM
**To:** Kathy Cline <kcline@Averett.edu>
**Subject:** Re: revised mandatory list

Hello Dr Cline,

[handwritten: Y3]

The link for December 2024 Professional Development Plan "*Continuous Quality Improvement: Its for Faculty Too! (50mins)*" is not working. I have also went into ATI Academy directly to locate the course without luck. Please advise. Thanks.
https://atitesting.litmos.com/course/2794354?ts=638501788566243328

## ATI Nursing Education - Secure login

Log-in to the worlds easiest to use Learning Management System

atitesting.litmos.com

*Sharlene A. Chapman* MSN, RN, CCRN
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
Fax: 1-757-257-4060
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

**From:** Kathy Cline <kcline@Averett.edu>
**Sent:** Wednesday, May 1, 2024 1:50 PM
**To:** Kimberly Lott <klott@Averett.edu>; ABSN faculty <ABSNfaculty@averett0.onmicrosoft.com>
**Subject:** RE: revised mandatory list

Sorry-thank you Dr. Lott!

**Dr. Kathy Cline, DNP, RN**
Associate Dean

*[Handwritten annotation: "Y2 so excited and happy to respond to Dr. Lott"]*

---

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

kcline@averett.edu
absn.averett.edu

---

**From:** Kimberly Lott <klott@Averett.edu>
**Sent:** Wednesday, May 1, 2024 1:49 PM
**To:** Kathy Cline <kcline@Averett.edu>; ABSN faculty <ABSNfaculty@averett0.onmicrosoft.com>
**Subject:** Re: revised mandatory list

Missing document

*Dr. Kimberly A. Lott* ✦ ✦ ✦

---

**Kimberly A. Lott EdD, MSN, RN**
Associate Professor
klott@averett.edu
Averett University
School of Nursing
Office: 434-791-4771
Fax: 434-791-2303

---

**From:** Kathy Cline <kcline@Averett.edu>
**Sent:** Wednesday, May 1, 2024 1:13 PM
**To:** ABSN faculty <ABSNfaculty@averett0.onmicrosoft.com>
**Subject:** revised mandatory list

Faculty,

I have revised the list of monthly education. The links did not seem to work. This is a transcript form with them listed. You may be able to link it, but if not, go to your ATI account, log in, go to ATI Academy and find the title which is written there. When you are finished, print out the certificate or download and send to Dr. Cline. You may keep the transcript until I ask for it, or send it every time. Make certain you are putting dates, etc. If you are catching up, that is fine, but please do these modules.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

---

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

kcline@averett.edu
absn.averett.edu