Generated: Nov 6, 2024 9:04AM   Page 1/1



# U.S. District Court

## Virginia Eastern - Newport News

Receipt Date: Nov 6, 2024 9:04AM

SHARLENE CHAPMAN
UNKNOWN
NNEWS, VA 23607

| Rcpt. No: 400001357 | | Trans. Date: Nov 6, 2024 9:04AM | | | Cashier ID: #VP |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | 424CV129<br>SHARLENE CHAPMAN V AVERETT UNIVERSITY | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments:** DVAE424CV000129 CHAPMAN V AVERETT UNIVERSITY

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.