# Text message and email communication
# between Chapman, Averett HR, Dr Cline, Dr Beach, and other coworkers



**Dr Cline (Averret Univers...)**

Tuesday, May 14 • 12:30 PM

> Please let me know if you need assistance with online courses that need an instructor...... 🙂 I would gladly take them

I know. Don't worry probably won't be too long

Ok 😕

> I really need health insurance so if there is the opportunity for that full time online please please please dont pass me by. Promise to make you proud

The only full-time averett has are the lead positions. Orbis may have something

> And they require in person right. I will be living out past Yorktown probably by the end of the year

> Just makes traveling onsite more than

---

**Dr Cline (Averret Univers...)**

Thursday, May 16 • 8:56 AM

Keep this on the downlow. May have 329 and 330 starting for next term 8 weeks each course. Global health and evidence based practice. Not a word...

> Evidence based practice is my thing!!! Global health.... I will make it my thing 😆
>
> I would love that. If that occurs I will drop the Richmond gig so I can focus solely on Averett.
> Thank you so much 🤗
>
> Ok, not one single word!

---

**Dr Cline (Averret Univers...)**

Saturday, Jun 1 • 6:52 PM

Is it true Dawn Ling quit?

If they have it, please please please let me get that full-time online. Maybe they can create a full-time just for little ole me 🥺 $75,000 salary, and I will be a happy & reliable educator:
NUR213 3credits
NUR239 3 credits
NUR230 3 credits
NUR211A&B 2 credits

Just keep me in the back of your mind ma'am!

Dr Cline did not respond to this message or my message on June 2.

---

**Dr Cline (Averret Univers...)**

Tuesday, Jun 11 • 9:36 AM

Just wanted to let you know I have not been feeling my best. This time yesterday I was leaving the ER (palpitations, mild chest pain that has been going on for a few days, and intermittent shortness of breath mixed with a tad bit of depression) labs, ekg, vitals, chest xray, ddimer, covid swab all normal. I was referred to a cardiologist, which is why I haven't really picked any additional work up. This has been going on for a while which is why I am still seeking full-time online work.
Please let me know for sure if you think you will need me for:
213
330
329

+ possibly 211
So I can stop my search. Just looking for something with a little less physical exertion. At clinical. About to go give some meds. Tty

10:18

← D  Dr Cline (Averret Univers...  📞  ⋮

Tuesday, Jun 11 • 10:37 AM

Sorry about your illness. If you are having difficulty i don't believe you should take on more

I am fine when I am at home using the computer but ok 👍

I gotta make a living some how just not physical exertion

Wednesday, Jun 12 • 1:16 PM



RCS message

---

1:30

← D  Dr Cline (Averret Univers...  📞  ⋮

😊

Monday, Jun 17 • 7:09 AM

Hello and good morning!

Can you please help put my anxiety at rest and let me know if you have decided to give me 330 and 329!? Or did someone else agree to teach them? Thank you!

You may get one or two, that is all I can tell you right now

Ok thank you
I promise to hang on to them. Not leave you hanging or wondering who will teach them at the last minute. I know it seems a little shakey, but I don't burn bridges and I am trying to build up my course load so I won't have to travel to Richmond anymore (for health assessment lab)

Wednesday, Jun 19 • 12:16 PM

RCS message



**Panel 1 (left):**

Friday, Jun 21 · 7:17 AM

Good morning! I just picked up the didactic part of NUR211 for the fall and I was wondering if you have any zooms or test reviews coming up that you wouldn't mind me joining? The fall will be my first didactic teaching experience so I'm trying to gather some tips. Thanks!

To be honest I do not. And the students don't even come to the reviews 🤦‍♀️

I create powerpoints covering the material in the module and what they may see on a test and record like little asynchronous lectures that they can view at any time within that module

For the test review. The come a few days after the test they look at the questions they got wrong and ask me questions. I have only had 2 student total show up once for exam 1 and we are on exam 4

Record announcement videos weekly

KAILEIGH DOES NOT HAVE A MASTERS IN NURSING REQUIRED TO TEACH THE ONLINE COURSES I REQUESTED.

**Panel 2:**

they got wrong and ask me questions. I have only had 2 student total show up once for exam 1 and we are on exam 4

Record announcement videos weekly (reviewing the week and closing the week) to make them feel engaged and enhance instructor presence

Create games to help with memory like Kahoot!

Oh interesting. Okay that's great advice! Thank you so much, I will definitely keep those things in mind. I appreciate the mentoring so much!

Perhaps reach out to Dr Carter the course lead for 211 because I don't know anything about that course

Oh good idea, will do!

❤️

**Panel 3:**

❤️

Friday, Jun 21 · 10:29 AM

Quick question between you and me. Did Dr Cline as you to teach 330 also?

*ask
I asked her if I could teach 211, 329, & 330. She originally asked me and then gave it to Dawn Ling. Then Dawn Ling quit.

I completely understand you having 211 as you should because you teach the lab part! That makes total sense and I think that will really help the students

And you are FULL TIME so you have to get those hours

Loved "I completely understand you having 211 as you shou…"

She said it was availa… hat was all. I'd

**Panel 4 (right):**

She said it was available that was all. I'd told her I'd be interested in getting more diverse experience but idk where that fell in the larger timeline of events

Thank you for the transparency

This is why I have not been present at labs. I have been dealing with exertional dyspnea and I need a cardiologist but I do not have insurance or money right now

Today….from you…. is the first time I am hearing that I am not teaching 211.

No worries! I completely understand. That must be i credibly stressful! I'm sorry to hear you're going through that. Dr cline just asked me for my final answer yesterday on if i wanted to take a course or not. I'd been waiting to see if id have more full time in the lab or not because i didnt want to overcommit myself

**Kathy Cline**

To: Shelby Mosos;  Felicia Pendleton;  **+8 others**    Tue 6/11/2024 11:49 AM

All,

I am asking you as a group of professors, if you will teach in the fall.  This would be for the same classes you have had this term except for Dr. Pendleton, who is giving up one class.  Please don't discuss with others until all contracts have been signed and returned.

Just email me that you will or won't by Friday 6/14/24 by noon.  Thank you.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

_____

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502

---

**Sharlene Chapman**

To:  Kathy Cline    Tue 6/11/2024 1:41 PM

🚩 **Flagged**

ℹ️ You forwarded this message on Sun 7/28/2024 7:29 AM

Yes, I would like to teach for the fall
I would like to keep NUR213 as it brings me joy and I would love to pick up
330
329
&
211
If possible
😄
Please 🙏

Kathy Cline
To: Sharlene Chapman

Fri 6/21/2024 8:39 AM

Sharlene,

Do you still want NUR329?

**Dr. Kathy Cline, DNP, RN**
Associate Dean

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

---

Kathy Cline
To: Sharlene Chapman

Fri 6/21/2024 11:51 AM

Sharlene,

Thank you. I had promised Dr. Lott a course and I think she wanted 330 but if she wants 329 I will give that to her and you can take 330. Wait for her to make up her mind. Yes Kaileigh needed a course to get her started with didactic. If Dr. Lott has changed her mind, you would want both 329 and 330?
Have you been updated by Dee about Lynn? No one here knows anything.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

---

Sharlene Chapman
To: Kathy Cline

Fri 6/21/2024 10:04 AM

I would absolutely love that and will greatly appreciate it.

Did someone already agree to 330?
I know Kaleigh is doing 211

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty

AVERETT UNIVERSITY ABSN PROGRAM

sharlene.chapman@averett.edu

---

Why do I have to wait for Dr Lott to pick
After I just said I want 329? Dr Lott & Kaleigh both already
Have full time work with averett. I only had 1 online course. Courses are $4,500/16wks and I had no other work and my health was hindering me from picking up another fulltime that would require me to teach in the hospital bedside setting



**Sharlene Chapman**

To: Kathy Cline

Fri 6/21/2024 11:54 AM

I wanted 329 and 330 but it is OK if she wants them. I really need the money but I am sure she does too.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume



**Sharlene Chapman**

To: Sharlene Chapman

Fri 6/21/2024 12:04 PM

I would prefer to stay where I am. I know everyone there, I know canvas, and I know who to reach out to for resources, but I have to pick up some more online work.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume



**Sharlene Chapman**

To: Kathy Cline

Fri 6/21/2024 12:01 PM

I have someone who has been waiting to hear back from me about employeement. I told them I was waiting to see if I can pick up at lease 2 more courses first. It is okay. You have to do what you have to do. Is there a major reason why I can't have all 3 courses? I know Dr Salen has 3 as adjunct.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

**Kathy Cline**

To: Sharlene Chapman

Fri 6/21/2024 12:07 PM

It isn't that you can't, I just had people who were waiting for courses to come available. I never know when something may come up. Dr. Lott has been asking for awhile. It is not that I want her and not you. I would give you more if I had it. Patience-I can't afford to lose another instructor. If you have something else, just let me know. I do not want to hold you back.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

_____

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

**Sara Salen**

To: Kimberly Lott;  Kathy Cline;  **+8 others**        Thu 6/13/2024 6:15 AM

Good morning, Dr Cline,

Yes, I will teach in the fall.

Thank you.

Sass

Sara Salen DNP, MSN, RN, NPD-BC
Adjunct Professor
NUR 325, NUR 326, and NUR 441
Charleston, South Carolina
ssalen@averett.edu
585-590-0124

*"Education is the most powerful weapon you can use to change the world." —Nelson Mandela*

**KC** Kathy Cline
To: Sharlene Chapman
Fri 6/21/2024 12:07 PM

It isn't that you can't, I just had people who were waiting for courses to come available. I never know when something may come up. Dr. Lott has been asking for awhile. It is not that I want her and not you. I would give you more if I had it. Patience-I can't afford to lose another instructor. If you have something else, just let me know. I do not want to hold you back.

Dr. Kathy Cline, DNP, RN
Associate Dean

_____

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

**KC** Kathy Cline
To: Sharlene Chapman
Fri 6/21/2024 3:48 PM

Okay Dr. Lott is taking 330 so you will take 329?

Dr. Kathy Cline, DNP, RN
Associate Dean

_____

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434) 791-5860

kcline@averett.edu
absn.averett.edu



🔴 Sailing    12:56 PM

If she has people waiting why does everyone have to be quiet and why did she ask Kaleigh for her final answer on 6/20/24 but kept me waiting stressed out and ill.



**Kathy Cline**

To: Sharlene Chapman                              Wed 7/3/2024 12:07 PM

You forwarded this message on Wed 7/31/2024 3:33 AM



ABSN FACULTY EVAL-schapm...
32 KB

Professor Chapman,

Please read, comment if you like, sign, and date then return to me.  If you
have questions, please email.

**Dr. Kathy Cline, DNP, RN**
Associate Dean
_____
**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

kcline@averett.edu



**Sharlene Chapman**

To: Kathy Cline



Thu 7/4/2024 8:55 PM

Hello, I have some questions about my score for my yearly eval:

4 Consistently meets class/clinical on time and for the required amount of contact hours. (I meet them on time and for the required amount of time online and in person)

4 Teaching is reflective of providing student academic support/activities (I support my students by setting up meetings and phone calls with struggling students and I have created games and PowerPoints to support them)

4 Communicates effectively with students, colleagues, and supervisors and utilizes appropriate channels/methods of communication with all members of the university community (I use my Averett email, the canvas message button, and I have provided my person number because I do not have an office number)

3 Performs assigned duties such as review of course material, requests from administration, performance evals, course reports, etc. as required (I have requested multiple updates to the course throughout the semester including updating written instructions as well as editing test questions that had no correct answer or had multiple correct answers)

4 Follows university, division, and departmental policies/procedures ( I do 🙂 )

4 Submits, posts, and keeps regular office hours ( my students know they can reach me at any time of the day or night by phone (text or call) email and I have done a few on the fly zooms)

4 Submits grades and other academic forms consistently, correctly, and in a timely manner (All of my grades have been posted either the day the assignment was due or the next day. My attendance is always on time)

4 Facilitates faculty assignments professionally. ( I believe I do this as well)

4 Demonstrates civility to students (I treat all my students

4 Demonstrates civility to students (I treat all my students with respect and in turn they respect me as well)

4 Exhibits collegiality/civility towards colleagues (I treat everyone I work with with respect even the ones who aren't as respectful back)

4 Regularly attends division/department meetings (Havn't missed any meetings that I was aware of)

4 Reviews Canvas shells and updates per policy ( have been reviewing canvas shell and updating all semester - even added Turnitin the plagiarism checker) Had Orbis update the calendar as well to have the correct due date for the EVA

Can you please provide me with examples so I can correct it in the future! I do not want a bad score that I didn't earn in my record.

Thanks!

Sharlene A. Chapman MSN, RN, CCRN
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu



**KC  Kathy Cline**
To: Sharlene Chapman
Fri 7/5/2024 6:16 AM

Sharlene,

I am required to do these so this one is for baseline. It is not bad, just leaves room for improvement. Please don't think this is bad.

. . .

**Sharlene Chapman**
To: Kathy Cline
Fri 7/5/2024 1:20 PM

ⓘ You forwarded this message on Wed 7/31/2024 3:36 AM

I understand. I just don't understand where the improvement should be 🤨 I want to make sure I am doing things right so can you tell me how to get a 5?

Sharlene A. Chapman MSN, RN, CCRN



**Kathy Cline**
To: Sharlene Chapman
Sun 7/7/2024 9:39 AM

You forwarded this message on Wed 7/31/2024 3:35 AM

We can meet if you like, but I would just say keep doing what you are doing. As I said it is a baseline and not many evals have ever been perfect. I know I am not.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434) 791-5860

kcline@averett.edu
absn.averett.edu

**AVERETT UNIVERSITY** SINCE 1859
**SCHOOL OF NURSING**
#nursegreatly



**Sharlene Chapman**
To: Sharlene Chapman
Sun 7/7/2024 7:53 PM

Typo. Sorry.

Do you have time for a zoom some time this week?

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume
...

**Kathy Cline**
Sharlene, I have 200pm today available if t...
Tue 7/9/2024 7:34 AM

THE ZOOM MEETING IS ATTACHED TO MY EEOC FILE AS A MP4



Sharlene Chapman

To: Kathy Cline

Tue 7/9/2024 7:27 PM

On the eval, #4 it says "professor chapman has not submitted course reports and performance" can you please send me a copy of what this looks like or where it is located. Just to make sure I am completed the right one!

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

KC

To: Sharlene Chapman

Wed 7/10/2024 8:59 AM

ⓘ You forwarded this message on Wed 7/31/2024 3:38 AM



AUSON Course Report Form ...
17 KB

⌄ Show all 3 attachments (55 KB)   ☁ Save all to OneDrive - averett.edu

⬇ Download all

Let me know if you need further information.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

---

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (424)701-5860



**Sharlene Chapman**

To: Kathy Cline

Wed 7/10/2024 5:46 PM

Thank you, never seen this a day in my life.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

**Sharlene Chapman**

    

To: Kathy Cline

Wed 7/10/2024 6:02 PM

Where do I locate these forms? 
They are due at the end of the semester right? Since this is my first

---

**Sharlene Chapman**

To: Kathy Cline

Wed 7/10/2024 6:02 PM



Where do I locate these forms? 
They are due at the end of the semester right? Since this is my first
online course teaching online here can I have a 4 for that section
since I never had any course report due (outside of clinicals which I
completed)

Also! How do I review the quizzes for NUR329?

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

 **Kathy Cline**
To: Sharlene Chapman



Thu 7/11/2024 9:58 AM

 You forwarded this message on Wed 7/31/2024 3:40 AM

I cannot find a repository that has the forms. So keep what I sent. Performance evals for didactic are at the end of the term. We are not changing any evaluations. Course reports are monthly to me. The quizzes are embedded it looks like so you may have to wait until 2 weeks before the course starts.

**Dr. Kathy Cline, DNP, RN**
Associate Dean

**AVERETT UNIVERSITY ABSN PROGRAM – NORFOLK**
6320 N. Center Drive • Building 15, Suite 200 • Norfolk, VA 23502
Phone: (434)791-5860

kcline@averett.edu
absn.averett.edu

. . .





This is the same course report that I got a 3 for but Kaleigh (White) got a 4. Both of us were unaware of the report and this is my first time teaching this course and was only behind by 1 report because I had never seen it.

Dr Sara Salen (White) got all 4s but never turns in her attendance or grades on time. I also got a 4 but my grades and attendance have never been late





# Dr Pierce (Black Educator)

Dr Nganso (Black Educator) also got all 4s and a 3. I have added this to the files.

I also got all 4s and a 3

**Sharlene Chapman**
To: Teresa Beach
Thu 7/25/2024 9:39 AM

*You forwarded this message on Thu 7/25/2024 1:30 PM*

Hello Dr. Beach,

If and when you have time, I would love to set up a confidential meeting with just me and you. I have a few other adjuncts who want to speak up as well but they fear retaliation so they will not be at the meeting. Please let me know if you will consider it.

Thank you so much

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM

---

 **Sharlene Chapman**
To: Teresa Beach
Thu 7/25/2024 10:14 AM

*You forwarded this message on Wed 7/31/2024 3:47 AM*

Yes, the person is already aware

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

---

**Teresa Beach**
To: Sharlene Chapman
Thu 7/25/2024 10:06 AM

Sharlene,

If this is about another person, the process is to discuss the issues with that person. When you say there is fear of retaliation it doesn't change the fact that a person cannot know there are issues if no one has discussed them with them. If the person has already been made aware and has been communicated with, then I will be glad to meet to discuss.

---

**Teresa Beach**
To: Sharlene Chapman
Thu 7/25/2024 11:04 AM

Do you think 30 minute zoom would be sufficient time to discuss?

Teresa

 *Dr. Teresa Beach, EdD, MSN, RN*
*Professor & Dean Averett University School of Nursing*
*512 Bridge St, Danville, VA 24541*
*O: 434-791-4770 | F: 434-791-2303*



...

**Teresa Beach**
To: Sharlene Chapman

Thu 7/25/2024 11:10 AM

## Can you me at 1115 or 1130 today?



*Dr. Teresa Beach, EdD, MSN, RN*
*Professor & Dean Averett University School of Nursing*
*512 Bridge St, Danville, VA 24541*
*O: 434-791-4770 | F: 434-791-2303*

 

...

**Teresa Beach**
To: Sharlene Chapman

Thu 7/25/2024 11:13 AM

You forwarded this message on Wed 7/31/2024 3:48 AM

## How about 11-1130am tomorrow?



*Dr. Teresa Beach, EdD, MSN, RN*
*Professor & Dean Averett University School of Nursing*
*512 Bridge St, Danville, VA 24541*
*O: 434-791-4770 | F: 434-791-2303*

 

---

**Sharlene Chapman**
To: Teresa Beach

Thu 7/25/2024 11:12 AM

Are you available at all tomorrow? I have 2 zooms meetings set up for today and I don't know how long they will run.

*Sharlene A. Chapman MSN, RN, CCRN*
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

...

**Sharlene Chapman**
To: Teresa Beach

Thu 7/25/2024 1:32 PM

You forwarded this message on Thu 7/25/2024 1:38 PM

Dr. Beach,

     For the sake of your time and my own I can just email you, I just truly wanted it to remain confidential until I decide if I would like to escalate the situation. Some other instructors as well as myself have all received the same 4s for our yearly eval but we have not been given an answer as to why we received these 4s or how we can obtain 5s for the following year. A 4 states that "the employee fulfills most responsibilities in this area with *minor exceptions*". However, we are not given an example of what these minor exceptions are. Also, it was brought to my attention that I got the same 4 for attendance and grades that someone else got who never completes grades and attendance on time. My attendance has never been late, my test grades are posted within the same day if not the next, and my grades are posted within the same day if not the next day after the due date. I also received a 3 in an area about

not the next, and my grades are posted within the same day if not the next day after the due date. I also received a 3 in an area about an evaluation that I didn't know anything about. It is not written anywhere for me to turn in this evaluation, and I was never given the information. My other midterm and final evaluations are complete and in canvas.

I have attached my evaluation with my comments that I have also shared with Dr. Cline. She stated the reason she didn't give 5s is simply because she doesn't give 5's. Even after sharing my concerns, she stated that she will not change the evaluation even though I have proof that I met the criteria. She stated that no one will see them but her and can't tell me what number is considered satisfactory out of 75. She stated she gave all 4s (even though I unlike others) have a 3 so it can be "equal" however we all did not work "equal".  She stated this is just a baseline and not to worry about it. This is an important part of my employee file and could keep me from advancing in the future or could be used to determine if I am able to take more courses and I want it to be accurate. If the doctor stated for me to get a baseline Aptt before starting a heparin drip or a baseline number of twitches before starting a paralytic, I wouldn't just go and write any number down. Other instructors are afraid to speak up due to fear of retaliation.

starting a heparin drip or a baseline number of twitches before starting a paralytic, I wouldn't just go and write any number down. Other instructors are afraid to speak up due to fear of retaliation.

Also, in the Faculty Handbook section 5.0 on page 33 it doesn't appear that this is the way that yearly evals are to be conducted. Also, is this the document that we are still using that defines our roles? Responsibilities of Online Instructors, Lead Faculty, and ABSN Program Director. I do understand if you all have chosen to just not use these documents. I may just not be aware. I do hate to disturb you with this.

*Sharlene A. Chapman* MSN, RN, CCRN
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

. . .



**Teresa Beach**

To: Sharlene Chapman

Thu 7/25/2024 5:02 PM

Do you still want to zoom tomorrow?

Teresa
Sent from my iPhone

> On Jul 25, 2024, at 1:32 PM, Sharlene Chapman
> <Sharlene.Chapman@averett.edu> wrote:

**Sharlene Chapman**

To: Kathie Tune

   

Thu 7/25/2024 11:18 AM

Hello,

I am inquiring about how I can get in contact with human resources as an adjunct Averett online instructor.

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---



To: Sharlene Chapman

Thu 7/25/2024 7:09 PM

ⓘ You forwarded this message on Fri 7/26/2024 6:37 PM

Ok
Sent from my iPhone

> On Jul 25, 2024, at 5:18 PM, Sharlene Chapman
> <Sharlene.Chapman@averett.edu> wrote:
>
> I would prefer email communication
>
> *Sharlene A. Chapman MSN, RN, CCRN*
>
> Adjunct Nursing Faculty
> AVERETT UNIVERSITY ABSN PROGRAM
> sharlene.chapman@averett.edu
> sharleneachapman@yahoo.com
> 540-819-0729 (please text first)

**Sharlene Chapman**

To: Kathie Tune

    

Thu 7/25/2024 1:38 PM

 ABSN FACULTY EVAL-schapm... ⌄
35 KB

This is one of the documents that I sent to Dr Beach to review along with our current discussion. I will see what she says.

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume



**Dr Beach's Response to my concerns:**

## RESPONSE TO SHARLENE CHAPMAN 7/26/24

Hello Ms. Chapman!

You had requested an email response to address your concerns related to your annual evaluation. I wanted to be sure I reviewed all aspects of the situations before responding. I examined the attachment that was included which was the Averett University Faculty Handbook along with your questions.

First, I want to provide you some background information related to this process. Part of the Associate Dean of the ABSN program's responsibilities is to complete annual evaluations of the faculty. The 2023-2024 academic year was the first time that Dr. Cline performed this process. I sent Dr. Cline the ABSN Didactic Faculty Job Description along with the actual ABSN evaluation document. Based on what you sent to me, Dr. Cline went to the AU Faculty Handbook and used the criteria from there to conduct the evaluation process. I will take responsibility for maybe my instructions to her were not as clear as I thought they were, and she followed the process she believed to be correct. This may explain why there were things on the evaluation that you were unaware of or stated you had never seen. Also, you had just started in the didactic position in May 23, so an evaluation of the 23-24 academic year was not indicated.

In light of this, I believe the most appropriate action would be to disregard this evaluation and just remove it, expunge it, and wait until the 24-25 academic year to complete one. Going forward, I will review the faculty evaluation process with Dr. Cline to be sure it aligns with the evaluation process across the nursing program. Please know, that I can have this discussion with Dr. Cline without having to discuss anything that has been shared from you. I know you had stated that there were other faculty that had the same concerns, but they would have to go through the same process you did...talking to Dr. Cline first and then reaching out to me. I do believe after I clarify the evaluation process with Dr. Cline, she may decide to redo the evaluations. I plan to tell her that you did not need one for this year, so she can just discard yours.

I appreciate you reaching out to me to let me know of this issue. I truly believe that it

In light of this, I believe the most appropriate action would be to disregard this evaluation and just remove it, expunge it, and wait until the 24-25 academic year to complete one. Going forward, I will review the faculty evaluation process with Dr. Cline to be sure it aligns with the evaluation process across the nursing program. Please know, that I can have this discussion with Dr. Cline without having to discuss anything that has been shared from you. I know you had stated that there were other faculty that had the same concerns, but they would have to go through the same process you did...talking to Dr. Cline first and then reaching out to me. I do believe after I clarify the evaluation process with Dr. Cline, she may decide to redo the evaluations. I plan to tell her that you did not need one for this year, so she can just discard yours.

I appreciate you reaching out to me to let me know of this issue. I truly believe that it was a miscommunication that led to using the wrong resources to complete the process as well as it being Dr. Cline's "maiden voyage" in conducting the AU Faculty ABSN evaluations.

Please let me know if I can be of any further service to you.

Respectfully,

Dr. Teresa Beach, EdD, MSN, RN



**Sharlene Chapman**

To: Teresa Beach



Fri 7/26/2024 1:36 PM

 You forwarded this message on Fri 7/26/2024 1:42 PM

Hello Dr. Beach,

Thank you for your response back. My main concern was not necessarily the process of how an evaluation is conducted or whether it was required of Dr Cline to perform the evaluation. However, I do *not* see how this evaluation process aligns with the faculty handbook's (pg. 33-34) description of non-tenure track faculty which states that faculty members are evaluated in the Spring and the evaluation is conducted by a colleague of my choosing and a self-assessment (see image below).

My main concern was that I brought up the topics within my evaluation that I have written in red below to Dr Cline via email and zoom conference meeting and she stated:

My main concern was that I brought up the topics within my evaluation that I have written in red below to Dr Cline via email and zoom conference meeting and she stated:

- "We are not changing any evaluations. Course reports are monthly to me" (which no one ever gave me information on)
- "I am required to do these so this one is for baseline. It is not bad, just leaves room for improvement. Please don't think this is bad."
- Me: I understand. I just don't understand where the improvement should be 🤔 I want to make sure I am doing things right so can you tell me how to get a 5?
  Dr. Cline Sets up a zoom meeting to discuss. (I still don't know how to get a 5 or where the improvements are needed)
- I stated I am one of those students back in school that if I didn't get my 4.0 that I know I worked hard for I would want to know why I didn't get my 4.0 and how to get it and she stated "You're probably one of those students that I would just say deal with it"

stated "You're probably one of those students that I would just say deal with it"

- Cline: "Did you do your evaluations from last term?" Me: Yes, when I was in clinicals I completed them on paper and uploaded them in the SUTNUR325 canvas shell. Please see the photo below where I completed those evaluations. Other than clinicals, I did not have any midterm or final evals due yet because this was my first didactic.
- She stated that she didn't say that I didn't meet the expectations (Then why do I have no 5s)
- Me: Say for instance you move to another job and my performance evaluation looks like this and the new person comes and thinks I am mediocre so I can't advance. Cline "and you want my job?"
  Me: Absolutely not.
- Dr Cline: "No one is going to see the evaluation but me"
- "I think you are wonderful and excellent because a 4 is the top number and you got the highest score" (which is not true)
- "You wouldn't have survived under me in the hospital"

- "You wouldn't have survived under me in the hospital"
- Me: I always submit my grades and attendance on time.
  Cline: I know you do (then why doesn't my eval reflect that?)
- Your next one is going to be outstanding. (Why cant this one be?)
- Me: What is considered satisfactory if the top number is 75 and I got a 59.
  Dr. Cline: "I'm satisfied".
- Dr. Cline, You know I would have given you more, but I had to be "equal" (what exactly does that mean??? If they didn't do the equal amount of work, they don't get an equal score as mine)

I do not believe that any of this is your fault Dr Beach, and you should not take responsibility for it. The process could not have been delegated by you to Dr. Cline any better. You stated in your letter that based on what I sent to you, "Dr. Cline went to the AU Faculty Handbook and used the criteria from there to conduct the evaluation process" However, I don't see where that aligns. She chose to evaluate things the way she did using her own undivulged

evaluation process" However, I don't see where that aligns. She chose to evaluate things the way she did using her own undivulged rationales because that is simply what she chose to do. This is a character issue versus a process or clarification issue. None of how she evaluated me is in the handbook. I do not think removing or expunging the evaluation will correct the situation because if I had been there for the appropriate amount of time I still would have been evaluated improperly.

## 5.2    Annual Faculty Reviews

### 5.2.1 Non-Tenure Track Faculty

All full-time, non-tenure track faculty members will normally be evaluated each academic year in the Spring. Evaluation will consist of the following items:

- Observation of one class by a colleague of choice who will write up his or her findings and submit to the faculty member and the department chair to be included in the faculty member's self-assessment and chair assessment. Not to exceed one page.
- Written self-evaluation by the faculty member that consists of a thoughtful and critical

33

reflection of how the faculty measures up to the values and responsibilities of Averett Faculty (4.1 and 4.2), reflection on teaching evaluations, and goals for improvement. The self-evaluation is not to exceed three pages.

- Department chair written assessment of faculty member that includes a review of teaching evaluations of the previous two semesters and one teaching observation.
- These materials are to be submitted by the department chair to the Vice President for Academic Affairs and division chair by one week after Spring graduation.

### SCHOOL OF NURSING
### FACULTY ANNUAL EVALUATION

| 2023-2024 Academic Year |
| --- |

**Nursing Program**

| ABSN |
| --- |

**Name of Faculty Member-Sharlene Chapman**          Date  6/28/2024

| Faculty Basic Job Responsibilities | 0 | 1 | 2 | 3 | 4 | 5 |
| --- | --- | --- | --- | --- | --- | --- |
| 1. Consistently meets class/clinical on time and for the required amount of contact hours<br>2. (I meet them on time and for the required amount of time online and in person: post weekly) | | | | | x | |
| NOTES: No issues have been reported. | | | | | | |
| 3. Teaching is reflective of providing student academic support/activities<br>4. (I support my students by setting up meetings and phone calls with struggling students and I have created games and PowerPoints to support them) | | | | | x | |
| NOTES: No issues have been reported. | | | | | | |
| 3. Communicates effectively with students, colleagues, and supervisors and utilizes | | | | | x | |
| NOTES: No issues have been reported. | | | | | | |
| 3. Teaching is reflective of providing student academic support/activities<br>4. (I support my students by setting up meetings and phone calls with | | | | | x | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **NOTES: No issues have been reported.** | | | | | | | |
| 3. Teaching is reflective of providing student academic support/activities | | | | | | x | |
| 4. (I support my students by setting up meetings and phone calls with struggling students and I have created games and PowerPoints to support them) | | | | | | | |
| **NOTES: No issues have been reported.** | | | | | | | |
| 3. Communicates effectively with students, colleagues, and supervisors and utilizes appropriate channels/methods of communication with all members of the university community<br>(I use my Averett email, the canvas message button, and I have provided my person number because I do not have an office number) | | | | | | x | |
| **NOTES: Professor Chapman is responsive to students.** | | | | | | | |
| 5. Performs assigned duties such as review of course material, requests from administration, performance evals, course reports, etc. as required | | | | | x | | |
| 6. (I have requested multiple updates to the course throughout the semester including updating written instructions as well as editing test questions that had no correct answer or had multiple correct answers) | | | | | | | |
| 7. I have completed midterm and final evaluations for every course I have taught prior to this one. I was unaware of the "monthly evals" as it is not written anywhere, and I was not made aware of this. I also did not have access to Averett email until I was hired at Averett. | | | | | | | |
| **NOTES: Professor Chapman has not submitted course reports and performance evaluations.** | | | | | | | |
| 5. Follows university, division, and departmental policies/procedures<br>When have I not? | | | | | | x | |
| **NOTES: No report of issues.** | | | | | | | |
| 6. Submits, posts, and keeps regular office hours | | | | | | x | |
| **NOTES: No report of issues.** | | | | | | | |
| 6. Submits, posts, and keeps regular office hours<br>(My students know they can reach me at any time of the day or night by phone (text or call) email and I have done a few on the fly zooms) I hold virtual zoom meetings by appointment only as I am not onsite | | | | | | x | |
| **NOTES: No report of issues.** | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7.  Submits grades and other academic forms consistently, correctly, and in a timely manner<br>(All of my grades have been posted either the day the assignment was due or the next day. My attendance is always on time) | | | | | x | |
| **NOTES: grades and attendance** (What about my grades and attendance?) | | | | | | |
| 8.  Assist with Department special events as needed<br>9.  Have not had the opportunity yet | | | | | x | |
| **NOTES: remote** | | | | | | |
| 10. Facilitates faculty assignments professionally.<br>11. Yes I do, please see comments above | | | | | x | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **NOTES: remote** | | | | | | |
| 10. Facilitates faculty assignments professionally.<br>11. Yes I do, please see comments above | | | | | x | |
| **NOTES: No report of issues.** | | | | | | |
| 10. Demonstrates civility to students<br>(I treat all my students with respect and in turn they respect me as well) | | | | | x | |
| **NOTES: No report of issues.** | | | | | | |
| 12. Exhibits collegiality/civility towards colleagues<br>(I treat everyone I work with with respect even the ones who aren't as respectful back) | | | | | x | |
| **NOTES: No issues reported.** | | | | | | |
| 13. Regularly attends division/department meetings<br>I do, as I have recently started getting the invites as I have an Averett email now | | | | | x | |
| **NOTES:  Professor Chapman  does attend faculty meetings.** | | | | | | |
| 14. Reviews Canvas shells and updates per policy.<br>(I have been reviewing canvas shell and updating all semester - even added Turnitin the plagiarism checker) Had Orbis update the calendar as well to have the correct due date for the EVA | | | | | x | |
| **NOTES:  No issues reported.** | | | | | | |
| 15. Attends required education and updates compliance file annually. | | | | | x | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15. Attends required education and updates compliance file annually. This section, I can understand the 4 because I was hired in March and my monthly professional development was behind until July as I had never seen the "Averett University Professional Development Plan" I am now caught up a until 8/31/24. | | | | | | x |
| NOTES: **Professor Chapman has submitted her revised** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTES: **Professor Chapman has submitted her revised resume and continuing education.** | | | | | | |
| 15. Participates in scholarly activities (continuing education/presenter/research activities, certifications) I have completed a few Quality Matters (QM) courses and will have my Teaching Online Certificate (TOC) provided by QM by the end of the Fall 24. | | | | | x | |
| NOTES: **No report of issues.** | | | | | | |
| **\*\*Total Points out of 75** | 59 | | | | | |
| **What # is considered satisfactory?** | | | | | | |
| **How do we get a 5 in each section?** | | | | | | |

| Grading Scale | Rating |
|---|---|
| Yes/Fulfills responsibilities in this area | 5 |
| Yes/Fulfills most responsibilities in this area with minor exceptions (what are these exceptions?) | 4 |
| Needs improvement/Fulfills some responsibilities in this area | 3 |



**Kathie Tune**

To: Sharlene Chapman

Thu 7/25/2024 11:21 AM

     

I would be happy to help you, Charlene, with your HR questions.
Kathie



Kathie Tune
Chief Human Resources Officer
420 W. Main St., Danville, VA 24541
O: 434.791.7106 | F: 434.791.7183





...

---



**Sharlene Chapman**

To: Kathie Tune

Thu 7/25/2024 12:05 PM

Kathie,

Thank you for your time. I am reaching out to you in advance just so I know who I need to contact if my issue is not resolvable after I have my meeting tomorrow with Dr Beach (Professor & Dean Averett University School of Nursing). I have heard from other faculty, both past and current, that they have also had issues with the individual that I would like to speak to Dr Beach about and they have had to communicate with HR but as far as they know nothing has happened or changed. I just wanted to at least put you in the loop before I escalate the situation and perhaps involve EEOC. Some instructors are afraid to speak to HR or Dr Beach due to fear of retaliation, so they just go along with it.

*The first situation is inappropriate yearly evals

*The second situation is giving online courses to other faculty members (some less qualified and who already have full time commitments) after making the original instructor believe that they would get a course that they were truly relying on and asked for in advance.

*Hindering the growth and advancement of the ABSN nursing program in general.

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu

**Kathie Tune**

To: Sharlene Chapman

Thu 7/25/2024 12:20 PM

ⓘ You forwarded this message on Wed 7/31/2024 3:46 AM

Thank you for sharing your concerns, Sharlene. I want to assure you that we have a very strict Retaliation policy and that any hint of retaliation would be a red flag for us.

After you meet with Dr. Beach and communicate your concerns, then you have every opportunity to request a meeting with Ginger Henderson our VP for Academics. All things academic are within Ms. Henderson's purview and if once again any bias or retaliation, then she makes sure I am made aware of the situation/scenario.

I am convinced that Dr. Beach will serve as a sound guide for you and your colleagues.

Kathie

**Sharlene Chapman**

To: Kathie Tune

Wed 7/31/2024 4:50 AM

ⓘ You forwarded this message on Wed 7/31/2024 4:53 AM

Hello again Kathie,

It has been brought to my attention that at least 3 African American/black educators have all 4s and one 3 on their yearly evaluation without true reason while Caucasian/white educators have all 4s. When Dr Cline was asked why we have 3s and 4s she cannot give a legitimate answer. When I personally asked why I can't have a higher score she stated "well I would have given you more but it had to be equal" (when it is in fact not equal and she lied and told me that I had the highest score; perhaps to try to smooth it over) and when I made a comment about when I was in school if I didn't get my 4.0 I wanted to know why and how to obtain it and she stated she would have told me to "just deal with it". I also noticed that she preferenced giving Caucasian/white educators online courses over me after I

stated that I was having difficulty with breathing and chest pain and I needed more online courses as I can not continue to do clinicals. I asked her on multiple occasions if I can have the 2-3 online courses that had become available and she chased down two other educators waiting for their responses. One who is in the traditional bsn program in Danville while i am in the ABSN program in Norfolk. She then asked me if I wanted 329 and after I said yes she stated she wanted to ask the Caucasian educator which one she wanted and she will give me what is left.

If I am not mistaken, this same individual has had other complaints written about her from other faculty regarding preferences and special treatment. I would also communicate with Orbis to see about the complaints filed by their employees. Will you please keep me updated on what the plan is as far as how to rectify this situation. Also, Dr. Beach's response to me does not address the situation at hand she appears to be focused on addressing the evaluation process versus addressing the individual. I am aware that other instructors have complained to her but nothing has changed. Dr. Beach's

versus addressing the individual. I am aware that other instructors have complained to her but nothing has changed. Dr. Beach's recommendation to me is to discard or "expunge" my evaluation & she will be "examining our evaluation processes". I also have past employees stating that they heard Dr Cline make a comment about African students coming here to get an education and they need to learn to speak English. Can you please tell me the status on this situation.

Thank you

Sharlene A. Chapman MSN, RN, CCRN
Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume



**Kathie Tune**

To: Sharlene Chapman

   ...

Wed 7/31/2024 8:21 AM

Good morning, Sharlene, and thank you for bringing your concerns to me. As is our protocol, I will work with our Vice President of Academic Affairs, Ginger Henderson, and Dr. Beach, Dean of Nursing, since they have purview over all academic personnel and processes.

I will share your email with Ginger and Dr. Beach for them to proceed.

Kathie Tune

Kathie Tune
Chief Human Resources Officer
420 W. Main St., Danville, VA 24541
O: 434.791.7106 | F: 434.791.7183

---

**Sharlene Chapman**

To: Tiffany Franks

     ...

Sun 8/4/2024 10:04 AM

ⓘ You forwarded this message on Sun 8/4/2024 10:16 AM

Hello Dr Franks,

I am reaching out to you concerning a complaint that I originally sent to HR (Kathy Tune) almost 2wks ago 7/25/24. I have heard nothing regarding my complaint I requested an update regarding my complaint. The complaint involved Dr Beach and Dr Cline. I reported my concern to Dr Beach about Dr Cline and Dr Beach's response did not seem to address the real issue.
This is what I sent to HR:

7/31/24
"Hello again Kathie,

It has been brought to my attention that at least 3 African American/black educators have all 4s and one 3 on their yearly evaluation without true reason while Caucasian/white educators have all 4s. When Dr Cline was asked why we have 3s and 4s she

have all 4s. When Dr Cline was asked why we have 3s and 4s she cannot give a legitimate answer. When I personally asked why I can't have a higher score she stated "well I would have given you more but it had to be equal" (when it is in fact not equal and she lied and told me that I had the highest score; perhaps to try to smooth it over) and when I made a comment about when I was in school if I didn't get my 4.0 I wanted to know why and how to obtain it, she stated she would have told me to "just deal with it". I also noticed that she preferrenced giving Caucasian/white educators online courses over me after I stated that I was having difficulty wit breathing and chest pain and I needed more online courses as I ca not continue to do clinicals. I asked her on multiple occasions if I can have the 2-3 online courses that had become available, and she chased down two other educators waiting for their responses. One who is in the traditional bsn program in Danville while i am in the ABSN program in Norfolk and one who I am not even sure if she has a masters in nursing or meets the other qualifications per Averett policy. She then asked me if I wanted 329 and after I said yes she stated she wanted to ask the Caucasian educator which one she wanted and she will give me what is left.

If I am not mistaken, this same individual has had other complaints

If I am not mistaken, this same individual has had other complaints written about her from other faculty regarding preferences and special treatment. Some have been sent to Orbis HR. I would also communicate with Orbis to see about the complaints filed by their employees. Will you please keep me updated on what the plan is as far as how to rectify this situation. Also, Dr. Beach's response to me does not address the situation at hand she appears to be focused on addressing the evaluation process versus addressing the individual. I am aware that other instructors have complained to Dr Beach but nothing has changed. Dr. Beach's recommendation to me is to discard or "expunge" my evaluation & she will be "examining our evaluation processes". I also have past employees stating that they heard Dr Cline make a comment about African students coming here to get an education and they need to learn to speak English. Can you please tell me the status on this situation."

HR stated Dr Beach and Dr Henderson will communicate and get back to me. However, Dr Beach appears to be a part of the issue not being resolved. Dr Beach stated that after she reviewed the email and documents that I sent her "evaluations were conducted based on the employee handbook" when they were in fact not. Her other response is that she will be "examining our evaluation processes" I

and documents that I sent her "evaluations were conducted based on the employee handbook" when they were in fact not. Her other response is that she will be "examining our evaluation processes" I will forward the conversation between me, Dr Beach, and HR Kathy Tune.

please email me as I would like to have a record of the updates on this situation as well as see clear expectations and outcomes. Thank you

*Sharlene A. Chapman MSN, RN, CCRN*

Adjunct Nursing Faculty
AVERETT UNIVERSITY ABSN PROGRAM
sharlene.chapman@averett.edu
sharleneachapman@yahoo.com
540-819-0729 (please text first)
Fax: 1-757-238-5511
"Our Fingerprints Don't Fade From the Lives We Touch" -Judy Blume

---

**TF** Tiffany Franks
To: Sharlene Chapman

Sun 8/4/2024 1:34 PM

You forwarded this message on Sun 8/4/2024 2:46 PM

Good Afternoon, Sharlene – I am writing to confirm that I have received the various messages you have sent me this morning. Thank you, too, for sharing Kathie Tune's follow up to your inquiry where she provides guidance on next steps for addressing your concerns.

I can hear your distress and certainly appreciate your making me aware of the concerns you are voicing. Kathie directed you just as I must given this is an academic matter. Ms. Ginger Henderson, our VP for Academic Affairs, provides leadership and oversight of all academic matters including faculty concerns. If you have not done so already, perhaps it would be helpful to request a virtual meeting with Dr. Beach. Often this is more productive and helpful than by attempting to resolve by way of email. Then, if you still have concerns, then you should speak with Ms. Ginger Henderson. Her email address is vhenderson@averett.edu and her assistant is Ms. Debbie Pike. I know both Dr. Beach and Ms. Henderson want to do all possible to support our faculty and address any concerns that are raised.

Thank you again for making me aware of your concerns. Using the established governance structure, I hope you are able to reach a satisfactory outcome. If you have any further questions, feel free to reach out.

concerns. If you have not done so already, perhaps it would be helpful to request a virtual meeting with Dr. Beach. Often this is more productive and helpful than by attempting to resolve by way of email. Then, if you still have concerns, then you should speak with Ms. Ginger Henderson. Her email address is vhenderson@averett.edu and her assistant is Ms. Debbie Pike. I know both Dr. Beach and Ms. Henderson want to do all possible to support our faculty and address any concerns that are raised.

Thank you again for making me aware of your concerns. Using the established governance structure, I hope you are able to reach a satisfactory outcome. If you have any further questions, feel free to reach out.

Sincerely, Tiffany Franks



Dr. Tiffany M. Franks
President
420 W. Main St., Danville, VA 24541
O: 434-791-5670

     



**Kathie Tune**
To: Sharlene Chapman

Mon 8/5/2024 3:18 PM

❗ High importance

Good day, Sharlene,

Ginger, Dr. Beach and I met on Thursday afternoon, 8/1/2024. They, of course, are aware of your concerns which were discussed at length in our meeting. We discussed how best to address those concerns and the next steps Dr. Beach will take when she returns from vacation. As is our protocol, we make sure that Dean and Division chairs meet with their administrative faculty when issues arise. Dr. Beach is scheduling a meeting to discuss those issues with Dr. Cline once Dr. Beach returns from vacation next week.

Thank you once again for your understanding and patience while we implement next steps.

Sincerely,
Kathie Tune

After I spoke to Dr Franks who is the president of the university, I received an email from HR. I have not heard anything else since 8/5 even though I requested and update and email communication. This is the same HR representative and Dr Beach is the same dean who disregarded a case presented about Dr Cline previously



**Kathie Tune**

To: Sharlene Chapman

Mon 8/5/2024 3:32 PM

You're welcome.  If you at any time want to speak with me directly, feel free call my office line at 434.791.7106.  Or, if you would like to meet with me via Teams, just say the word.  I have more time at my desk than either Ginger or Dr. Beach do, so happy to take a call or meet virtually.

Take care,
Kathie

. . .

[Thank you. I appreciate that.]  [Thank you!]  [That would be great, thank you!]

↩ Reply    ↪ Forward

**EVIDENCE TO SUPPORT HOSTILE WORK ENVIRONMENT**

Dr Beach told this educator (black) that she didn't know the assignments had to be equal and from now on she won't do to one employee what she doesn't do to another. (I have submitted this document in the portal)



Please keep private until charges are filed.pdf

(Same) Calise Greenaway (Black) 757-581-3009 (Clinical Coordinator) stated that Dr Cline would send her rudely addressed emails and when she spoke up and told Dr Cline to not address her like that Dr Cline stopped communicating with her. She stopped communicating important emails and meetings that were essential to her role. Calise also stated that Dr Cline would frequently try to get her to "get rid of" another black employee Patrice Sainville-Thompson. She also heard Dr Cline make remarks about an African student about how he needs to learn English and why do they keep coming over here to get an education.

(Same) Veronica Zeigler (Latina) 757-938-4180 employee was harassed to the point that she had to take leave to have her medications adjusted. We are unsure if she is coming back. A complaint was also made by Dr Cline stating that the employee had a "durag" on her head when she in fact had a large headband on. Dr Cline has also stated to this employee to try to get rid of Patrice Sainville-Thompson

There are others who do not want to be named but stated they will tell their reports that they filed if they are asked because they are still afraid of retaliation. I would say speak to all minority employees in the ABSN online program.

(Same ) Keep Confidential Dr Chawndel Edmonds (black) who has a disabled child at home was made to come to work on site when she has an online position but when they hired Dr Carter (white) for the same role she was allowed to stay home and attend ceremonies via zoom. When