Exhibit
W41

rsity [142108]
Payroll
Employees
HR
Payroll
User Access
People Finder
Directory
wilson
Name
CW
Charles Wilson
KW
Kaileigh Wilson
Adjunct Nursing

# Profile

Kaileigh Wilson (She/Her/Hers) Active

Adjunct Nursing

Employed since 8/19/2024

 Org  Email    Follow   Activity 

**About**

No about me added yet.

 0 Following  0 Followers

**Position**

| Position | Length of Service |
| --- | --- |
| Adjunct Nursing | 0 years, 8 months |

1 of 2



Exhibit
W41

Averett University [142108]
HR & Payroll
Employees
HR
Payroll
User Access
People Finder
Directory
chapman
Name
SC
Sharlene Chapman
Adjunct Nursing

## Profile

Sharlene Chapman Active
Adjunct Nursing
Employed since 3/27/2024

Edit Profile | View Employee Record

**About**

Hello! My name is Sharlene Chapman. I have been a Registered Nurse since 2010. My background is in critical care (CICU /MICU) but my heart is in nursing education. I have been teaching since 2019 and received my masters in nursing education in 2022. I have taught a variety of courses (clinicals, labs, simulations, and didactic (online/ in person). I am also a dog mom, a health nut, and a bible enthusiast. Pleasure to meet you all!

0 Following 0 Followers

**Position**

| Position | Length of Service | Pay Types |
| --- | --- | --- |
| Adjunct Nursing | 1 year, 1 month | 6 - Adjunct Faculty |

2 of 2